IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BENEVIS CORP., *et al.*[1] | ) | Case No. 20-33918 (MI) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | **RE: Docket No.** |

**ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (the "Debtors") filed their motion (the "Motion")[2] for the entry of an order (this "Order") (a) authorizing the Debtors to reject certain unexpired leases of non-residential real property listed on **Schedule 1** to the Order (collectively, the "Rejected Leases") and certain executory contracts listed on **Schedule 2** to the Order (collectively, the "Rejected Contracts"), effective as of the Petition Date (the "Effective Rejection Date"), and (b) granting related relief, including permitting the Debtors to abandon certain personal property located on the premises associated with the Rejected Leases (the "Personal Property"). The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334 and venue of the Motion is proper pursuant to §§ 1408 and 1409. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order on the Motion. The relief requested in the Motion is in the best interests of the Debtors, their estates, stakeholders, and other parties in interest and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as follows: Benevis Corp. (0242); LT Smile Corporation (2818); Benevis Holding Corp. (0222); Benevis Affiliates, LLC (7420); Benevis, LLC (5524); Benevis Informatics, LLC (7833). The address of the Debtors' headquarters is 1090 Northchase Parkway S.E., Suite 150, Marietta, GA 30067.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

26221479v.7 157310/00001

the Debtors gave sufficient and proper notice of the Motion and related hearings. Upon consideration of the Motion and the First Day Declaration and after considering arguments and evidence presented in support of the Motion, the Court finds that good cause exists to grant the requested relief. It is therefore ORDERED THAT:

1. The Rejected Leases listed on **Schedule 1** attached hereto are rejected under section 365 of the Bankruptcy Code effective as of the Effective Rejection Date.

2. The Debtors are authorized to abandon any Personal Property located at the premises identified on **Schedule 1** hereto on the date of this Order free and clear of all liens, claims, encumbrances, interests, and rights of third parties. The applicable counterparty to each Rejected Lease may dispose of such Personal Property without further notice to any party claiming an interest in such abandoned Personal Property.

3. The Rejected Contracts listed on **Schedule 2** attached hereto are rejected under section 365 of the Bankruptcy Code effective as of the Effective Rejection Date.

4. The counterparty to each Rejected Lease or Rejected Contract must file a proof of claim, if at all, on or before the later of (a) the deadline for filing proofs of claim established in these Chapter 11 Cases and (b) thirty (30) days after the entry of this Order, or else be forever barred.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order

granting the relief requested by the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a waiver of any claims that the Debtors may have against any counterparty to the Rejected Leases or Rejected Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases or Rejected Contracts.  Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party-in-interest's rights to subsequently dispute such claim.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6006.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2020

    MARVIN ISGUR
    UNITED STATES BANKRUPTCY JUDGE

26221479v.7 157310/00001

## SCHEDULE 1

## Rejected Leases

| No. | Landlord | Landlord Address | Tenant (Debtor) | Rejected Lease Address |
|---|---|---|---|---|
| 1. | B-Y Western Valley, LTD. | 4629 Macro Drive<br>San Antonio, TX 78218 | NCDR, LLC<br>(n/k/a Benevis, LLC) | 213 E. Expressway 83<br>Mission, TX 78572 |
| 2. | Cafua Realty Trust XXV, LLC | 280 Merrimack St.<br>Methuen, MA 01844 | Benevis, LLC | 280 Merrimack St., Suite E<br>Methuen, MA 01844 |
| 3. | WMG-CCI Norwalk, LLC | c/o W.M. Grace Development Co.<br>6925 E. Indian School Road<br>Scottsdale, AZ 85251 | NCDR, LLC<br>(n/k/a Benevis, LLC) | 2383 West 24th Street, Suite 120<br>Yuma, AZ 85364 |
| 4. | Clinton Holdings, LLC | c/o David Tisdale<br>5657 West Maple Rd.<br>West Bloomfield, MI 48322 | Benevis, LLC | 41781 Garfield Rd.<br>Clinton Township, MI 48038 |
| 5. | Community HealthNet Inc. | 1021 West 5th Avenue<br>Gary, IN 46402 | NCDR, LLC (n/k/a Benevis, LLC) | 1021 West 5th Avenue<br>Gary, IN 46402 |
| 6. | FAV Real Estate Venture, L.P. | c/o Moseley Commercial Real Estate<br>4309 Center Street<br>Houston, TX 77007 | NCDR, LLC (n/k/a Benevis, LLC) | 5341 Antoine Drive<br>Houston, TX 77091 |
| 7. | New Market – Anderson LLC | c/o Jones Lang LaSalle Americas, Inc.<br>Retail Open Air Division<br>6365 Halcyon Way<br>Suite 970 Alpharetta, Georgia 30005 | NCDR, LLC (n/k/a Benevis, LLC) | 651 Highway 28BYP<br>Anderson, SC 29624 |
| 8. | LRIC Lewisville, L.P. | P.O. Box 660394<br>Dallas, TX 75266-0394 | Benevis, LLC d/b/a Jubilee Dental | 724 West Main St. Suite 316<br>Lewisville, TX 75067 |
| 9. | Southgate Galleria Limited Partnership | 31000 Northwestern Hwy<br>Suite 200<br>Farmington Hills, MI 48334 | Benevis, LLC | 15401 Dix Toledo Rd.<br>Southgate, MI 48195 |

1

## SCHEDULE 2

### Rejected Contracts

| No. | Contract Counterparty | Contract Counterparty Address | Debtor Contract Counterparty | Type of Contract |
|---|---|---|---|---|
| 1. | Chewsi - First Circle, Inc. | 10 Charles Street Providence, RI 02904-2249 | Benevis, LLC | Marketing Service Agreement dated as of February 1, 2019. |
| 2. | ConnectSouth, LLC | 3290 Northside Pkwy., NW, #675 Atlanta, GA 30327 | Benevis, LLC | Communications Service Agreement dated as of January 1, 2014. |
| 3. | Deloitte & Touche LLP | 191 Peachtree Street NE Suite 2000 Atlanta, GA 30303 | Benevis, LLC | Engagement Letter for Specific Services dated as of May 26, 2017. |
| 4. | Doctor Distillery, LLC | 1460 4th Street, Suite 304 Santa Monica, CA 90401 | Benevis, LLC | Advertising Agreement (online marketing campaign) dated as of June 1, 2017. |
| 5. | Futuredontics, Inc. | 6060 Center Drive, Unit 7 Los Angeles, CA 90045 | Benevis, LLC | Undated Marketing Service Agreement |
| 6. | Futuredontics, Inc. dba 1-800-DENTIST ("18D") | 6060 Center Drive, Unit 7 Los Angeles, CA 90045 | Benevis, LLC | Undated Marketing Service Agreement |
| 7. | Kinney Services Inc. Kchecks | 3 Tallow Wood Drive, Suite G, Clifton Park, NY 12065 | Benevis, LLC | License Agreement dated as of June 20, 2014. |
| 8. | Qwest Communications Corporation | Attn: Legal Department 1801 California Street, Suite 900 Denver, CO 80202 | Benevis, LLC | Service Agreement dated as of June 20, 2014. |
| 9. | RapidScale, Inc. | 17872 Gillette Avenue, Suite 450 Irvine, CA 92614 | Benevis, LLC | Undated Service Agreement |
| 10. | Schmidt Public Affairs, LLC | 917 Prince Street Alexandria, VA 22314 | Benevis, LLC | Letter Agreement Re: Public Affairs Strategy and Support, State Media Support and Positioning, Brand Management and Message Consistency dated as of October 28, 2014. |

26221479v.7 157310/00001

| No. | Contract Counterparty | Contract Counterparty Address | Debtor Contract Counterparty | Type of Contract |
|---|---|---|---|---|
| 11. | Translation Science Solutions | 1902 E Common Street, Ste. 300 New Braunfels, TX 78130 | Benevis, LLC | TSS SOW Work Order AI Artificial Intelligence - Caries detection QMS dated as of May 30, 2018. |
| 12. | Western Litigation, Inc. | 7720 E. Belleiew Avenue Ste. BB-250 Greenwood Village, CO  80111 | Benevis Corp. | Claims Management dated as of August 1, 2017.. |
| 13. | YPM, INCORPORATED | 18400 Von Karman Avenue Suite 200 Irvine, CA 92612 | Benevis, LLC | Agreement for National Yellow Pages Service dated as of October 12, 2009. |

26221479v.7 157310/00001