IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> BENEVIS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-33918 (MI) <br><br> (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 4, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Debtors' Witness and Exhibit List for Hearing Scheduled for August 4, 2020 [Docket No. 36]**.

Dated: August 5, 2020

_____
Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 2020, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as follows: Benevis Corp. (0242); LT Smile Corporation (2818); Benevis Holding Corp. (0222); Benevis Affiliates, LLC (7420); Benevis, LLC (5524); Benevis Informatics, LLC (7833). The address of the Debtors' headquarters is 1090 Northchase Parkway S.E., Suite 150, Marietta, GA 30067.

**<u>EXHIBIT A</u>**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core | ADP | P.O. Box 842875<br>Boston, MA 02284-2875 | | Johnny.Soto@ADP.com | Email |
| Core | Ariete International, Inc | 1710 Cumberland Point Dr SE<br>Ste 16<br>Marietta, GA 30067 | | Contact@Virginia.gov | Email |
| Core | Braxtel Communications | 99 Washington St<br>Melrose, MA 02176 | 860-808-5387 | attorney.general@ct.gov | Email |
| Core | Catamaran Resort Hotel & Spa | Attn: Accounts Receivable<br>3999 Mission Blvd<br>San Diego, CA 92109 | | mstaples@catamaranresort.com | Email |
| Core | Cdw | P.O. Box 75723<br>Chicago, IL 60675 | | jeff.starnauld@cdw.com | Email |
| Core | CIT | 21146 Network Pl<br>Chicago, IL 60673 | 602-542-4085 | AGInfo@azag.gov | Email |
| Core | Counsel to BMO - Katten Muchin Rosenman LLP | Attn: Geoff AuYeung, Esq.<br>525 West Monroe Street<br>Suite 1900<br>Chicago, IL 60661 | (312) 902-1061 | geoff.auyeung@kattenlaw.com | Email |
| Core | Counsel to New Mountain - Proskauer | Attn: David Hillman<br>Attn: Lucy Kweskin<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, New York 10036-8299 | | dhillman@proskauer.com;<br>lkweskin@proskauer.com | Email |
| Core | Dell Financial Services LLC | P.O. Box 6549<br>Carol Stream, IL 60197 | | Abhilash.Bandari@Dell.com | Email |
| Core | Glidewell Laboratories | 4141 Macarthur Blvd<br>Newport Beach, CA 92660 | | mail@glidewelldental.com;<br>Angela.Wright@Glidewelldental.Com | Email |
| Core | Ivision, Inc | 1430 W Peachtree St NW<br>Ste 425<br>Atlanta, GA 30309 | (678) 495-1454 | lsullivan@ivision.com | Email |
| NOA | JONES WALKER LLP | Gabrielle A. Ramirez | | gramirez@joneswalker.com | Email |
| NOA | JONES WALKER LLP | Joseph E. Bain | | jbain@joneswalker.com | Email |
| NOA | Katten Muchin Rosenman LLP | | | geoff.king@katten.com | Email |
| Core | Littlejohn & Co., LLC | 8 Soung Shore Dr<br>Ste 303<br>Greenwich, CT 06830 | (312) 902-1061 | geoff.auyeung@kattenlaw.com | Email |
| Core | Look Listen Creative, LLC. | 1737 Ellsworth Industrial Blvd NW<br>Ste B-1<br>Atlanta, GA 30318 | | larry@looklisten.com | Email |
| Core | Msg Consulting, Inc | 411 Hackensack Ave, FL 5<br>Hackensack, NJ 07601 | | info@msgriskmgmt.com | Email |
| Core | Office Of The Attorney General | 2005 N Central Ave<br>Phoenix, AZ 85004 | 602-542-4085 | AGInfo@azag.gov | Email |
| Core | Office Of The Attorney General | 55 Elm St<br>Hartford, CT 06106 | 860-808-5387 | attorney.general@ct.gov | Email |
| Core | Office Of The Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | Contact@Virginia.gov | Email |
| Core | Office Of The Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | | oag@oag.state.md.us | Email |
| Core | Office of the United States Trustee | Attn: Hector Duran, Jr<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | 713-718-4670 | hector.duran.jr@usdoj.gov | Email |
| Core | Office of the United States Trustee | Attn: Stephen Statham<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | 713-718-4670 | stephen.statham@usdoj.gov | Email |
| NOA | PROSKAUER ROSE LLP | Brooke H. Blackwell | | bblackwell@proskauer.com | Email |
| NOA | PROSKAUER ROSE LLP | David M. Hillman | | dhillman@proskauer.com | Email |
| NOA | PROSKAUER ROSE LLP | Lucy F. Kweskin | | lkweskin@proskauer.com | Email |
| Core | Restorepoint | 950 North Point Pkwy<br>Ste 375<br>Alpharetta, GA 30005 | | info@restorepoint.net | Email |
| Core | Staples Business Advantage | P.O.Box 405386<br>Dept Atl<br>Atlanta, GA 30384 | | support@staplesadvantage.com | Email |
| Core | Tailwind Capital | Attn: Syed Mohsin<br>485 Lexington Ave<br>New York, NY 10017 | | INFO@TAILWIND.COM | Email |
| Core | the United States Attorney's Office for the Southern District of Texas | Southern District of Texas | | richard.kincheloe@usdoj.gov | Email |
| Core | the United States Attorney's Office for the Southern District of Texas | Southern District of Texas<br>Attn: Ryan K Patrick<br>Attn: Richard A Kincheloe<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | 713-718-3033 | usatxs.atty@usdoj.gov | Email |
| Core | Veristor Systems, Inc | 4850 River Green Pkwy<br>Duluth, GA 30096 | | info@veristor.com | Email |