# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BENEVIS CORP., *et al.*[1] | ) Case No. 20-33918 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## INITIAL MASTER SERVICE LIST

      Attached is a copy of the current Master Service List (as of August 3, 2020) filed and to be used in accordance with the Court's Order Granting Chapter 11 Complex Case Treatment [Docket No. 17].

Houston, Texas  
August 7, 2020

*/s/  Matthew D. Cavenaugh*  
**JACKSON WALKER LLP**  
Matthew D. Cavenaugh (TX Bar No. 24062656)  
Veronica A. Polnick (TX Bar No. 24079148)  
Genevieve M. Graham (TX Bar No. 24085340)  
Vienna F. Anaya (TX Bar No. 24091225)  
1401 McKinney Street, Suite 1900  
Houston, Texas 77010  
Telephone:   (713) 752-4200  
Facsimile:    (713) 752-4221  
Email:       mcavenaugh@jw.com  
                vpolnick@jw.com  
                ggraham@jw.com  
                vanaya@jw.com  

*Proposed Counsel to the Debtors*  
*and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Benevis Corp. (0242); LT Smile Corporation (2818); Benevis Holding Corp. (0222); Benevis Affiliates, LLC (7420); Benevis, LLC (5524); Benevis Informatics, LLC (7833). The address of the Debtors' headquarters is 1090 Northchase Parkway S.E., Suite 150, Marietta, GA 30067.

## **Certificate of Service**

I certify that on August 7. 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

**Master Service List as of August 3, 2020**

| Name | Address | Fax | Phone | Email | Description |
|---|---|---|---|---|---|
| A/Coe Communications | 695 Littleton Rd<br>Parsippany, NJ 07054 | 404-657-8733 | 404-656-3300 | | 30 Largest |
| ADP | P.O. Box 842875<br>Boston, MA 02284-2875 | | 843- 667-1836<br>Ext. 0000 | Johnny.Soto@ADP.com | 30 Largest |
| Ariete International, Inc | 1710 Cumberland Point Dr SE<br>Ste 16<br>Marietta, GA 30067 | | 770-446-5757 | Contact@Virginia.gov | 30 Largest |
| Bmo Harris Bank, NA | 111 W Monroe St<br>Chicago, IL 60603 | | | | Lienholders |
| Braxtel Communications | 99 Washington St<br>Melrose, MA 02176 | 860-808-5387 | 800- 370-8353<br>Ext. 0000 | attorney.general@ct.gov | 30 Largest |
| Catamaran Resort Hotel & Spa | Attn: Accounts Receivable<br>3999 Mission Blvd<br>San Diego, CA 92109 | | (858) 488-1081 | mstaples@catamaranresort.com | 30 Largest |
| Cdw | P.O. Box 75723<br>Chicago, IL 60675 | | 800- 800-4239<br>Ext. 0000 | jeff.starnauld@cdw.com | 30 Largest |
| CIT | 21146 Network Pl<br>Chicago, IL 60673 | 602-542-4085 | 602-542-5025 | AGInfo@azag.gov | 30 Largest |
| Cornerstone OnDemand Inc | Dept Ch19590<br>Dept Atl<br>Palatinee, IL 60055-9590 | | | | 30 Largest |
| Counsel to BMO - Katten Muchin Rosenman LLP | Attn: Geoff AuYeung, Esq.<br>525 West Monroe Street<br>Suite 1900<br>Chicago, IL 60661 | (312) 902-1061 | 312-902-5340 | geoff.auyeung@kattenlaw.com | Lienholders |
| Counsel to New Mountain – Proskauer | Attn: David Hillman<br>Attn: Lucy Kweskin<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, NY 10036-8299 | | 212-969-3470;<br>212-969-3807 | dhillman@proskauer.com<br>lkweskin@proskauer.com | *NOA - Counsel to New Mountain Finance Corporation |
| Dell Financial Services LLC | P.O. Box 6549<br>Carol Stream, IL 60197 | | 410-576-6300 | Abhilash.Bandari@Dell.com | 30 Largest |
| Elite Facility Services LLC | 5221 St Augustine Road<br>Jacksonville, FL 32207 | | 850-414-3300 | | 30 Largest |
| Elkin Note | 22 Lyndon Place<br>Mellville, NY 11747 | | | | 30 Largest |
| Fortyfour, LLC | 44 Russell St Ne<br>485 Lexington Avenue<br>Atlanta, GA 30317 | | (404) 800-4984 | | 30 Largest |
| Glidewell Laboratories | 4141 Macarthur Blvd<br>Newport Beach, CA 92660 | | 800-854-7256 | mail@glidewelldental.com;<br>Angela.Wright@Glidewelldental.Com | 30 Largest |
| Henry Schein | P.O. Box 371952<br>Pittsburgh, PA 15250-7952 | | | | 30 Largest |
| Home Media LLC | 1122 Oberlin Rd<br>Suite 16<br>Raleigh, NC 27605 | | | | 30 Largest |

**Master Service List as of August 3, 2020**

| Name | Address | Fax | Phone | Email | Description |
|---|---|---|---|---|---|
| Ivision, Inc | 1430 W Peachtree St NW<br>Ste 425<br>Atlanta, GA 30309 | (678) 495-1454 | (678) 999-3002 | lsullivan@ivision.com | 30 Largest |
| Jones Walker LLP | Attn: Joseph E. Bain<br>Attn: Gabrielle A. Ramirez<br>811 Main St, Ste 2900<br>Houston, TX 77002 | | 713-437-1800 | jbain@joneswalker.com<br>gramirez@joneswalker.com | *NOA - Counsel to New Mountain Finance Corporation |
| Katten Muchin Rosenman LLP | | | | geoff.king@katten.com | Lienholders |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | 210-225-6410 | 210-225-6763 | sanantonio.bankruptcy@publicans.com | *NOA – Counsel to Bexar County |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | 713-844-3400 | houston_bankruptcy@publicans.com | *NOA – Counsel to Cypress-Fairbanks ISD, Harris County, and Angelina County |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N Stemmons Freeway<br>Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | 214-880-0089 | dallas.bankruptcy@publicans.com | *NOA – Counsel to Ellis County, Tarrant County, Dallas County, and Gregg County |
| Linkedin Corporation | 62228 Collections Center Dr<br>Chicago, IL 60693-0622 | | | | 30 Largest |
| Littlejohn & Co., LLC | 8 Soung Shore Dr<br>Ste 303<br>Greenwich, CT 06830 | (312) 902-1061 | (312) 902-5340 | geoff.auyeung@kattenlaw.com | 30 Largest |
| Look Listen Creative, LLC. | 1737 Ellsworth Industrial Blvd NW<br>Ste B-1<br>Atlanta, GA 30318 | | 404- 861-0530<br>Ext. 0000 | larry@looklisten.com | 30 Largest |
| Marchex Inc | 520 Pike Street<br>Seattle, WA 98101 | | 206-331-3300 | | 30 Largest |
| Medicor Imaging | 1927 South Tryon Street<br>Charlotte, NC 28203 | | 614-466-4986 | | 30 Largest |
| Msg Consulting, Inc | 411 Hackensack Ave, FL 5<br>Hackensack, NJ 07601 | | (201) 786-9400 | info@msgriskmgmt.com | 30 Largest |
| Office of The Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | | | Core - Attorney General |
| Office of The Attorney General | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | 614-466-4986 | | Core - Attorney General |
| Office of The Attorney General | 40 Capitol Sq SW<br>Atlanta, GA 30334 | 404-657-8733 | 404-656-3300 | | Core - Attorney General |
| Office of The Attorney General | State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | 850-488-5106 | 850-414-3300 | | Core - Attorney General |
| Office of The Attorney General | 441 4th Street, NW<br>Washington, DC 20001 | | | | Core - Attorney General |
| Office Of The Attorney General | 2005 N Central Ave<br>Phoenix, AZ 85004 | 602-542-4085 | 602-542-5025 | AGInfo@azag.gov | Core - Attorney General |

**Master Service List as of August 3, 2020**

| Name | Address | Fax | Phone | Email | Description |
|---|---|---|---|---|---|
| Office Of The Attorney General | 55 Elm St<br>Hartford, CT 06106 | 860-808-5387 | 860-808-5318 | attorney.general@ct.gov | Core - Attorney General |
| Office Of The Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | 804-786-2071 | Contact@Virginia.gov | Core - Attorney General |
| Office Of The Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | | 410-576-6300 | oag@oag.state.md.us | Core - Attorney General |
| Office of the United States Trustee | Attn: Hector Duran, Jr<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | 713-718-4670 | 713-718-4650 | hector.duran.jr@usdoj.gov | U.S. Trustee |
| Office of the United States Trustee | Attn: Stephen Statham<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | 713-718-4670 | 713-718-4650 | stephen.statham@usdoj.gov | U.S. Trustee |
| Proskauer Rose LLP | Attn: Brooke H. Blackwell<br>70 West Madison, Ste 3800<br>Chicago, IL 60602 | 312-962-3551 | 312-962-3550 | bblackwell@proskauer.com | *NOA - Counsel to New Mountain Finance Corporation |
| Proskauer Rose LLP | Attn: David Hillman<br>Attn: Lucy Kweskin<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, New York  10036-8299 | | 212-969-3470<br>212-969-3807 | dhillman@proskauer.com;<br>lkweskin@proskauer.com | *NOA - Counsel to New Mountain Finance Corporation |
| RDS Solutions, LLC | 99 Grayrock Road<br>Clinton, NJ 08809 | | 888- 473-7435<br>Ext. 0000 | | 30 Largest |
| Responsive Service & Maintenance Co. | P.O. Box 29<br>Suite 425<br>Covington, LA 70434 | | 985- 893-8105<br>Ext. 0000 | | 30 Largest |
| Snowcloud Partners LLC | 645 Old Ranch Road<br>5Th Floor<br>Park City, UT 84098 | | | | 30 Largest |
| Staples Business Advantage | P.O.Box 405386<br>Dept Atl<br>Atlanta, GA 30384 | | 800- 944-6819<br>Ext. 0000 | support@staplesadvantage.com | 30 Largest |
| Sun Life | Attn: Usman Bajwa, Managing Director<br>Sun Life Capital Management<br>One York St, Ste 3200<br>Toronto, ON M5J 0B6<br>Canada | | | usman.bajwa@SLCManagement.com | Core Party |
| Tailwind Capital | Attn: Syed Mohsin<br>485 Lexington Ave<br>New York, NY 10017 | | 212- 271-3800<br>Ext. 0000 | INFO@TAILWIND.COM | 30 Largest |
| The Internal Revenue Service | Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | Core - Internal Revenue Service |

**Master Service List as of August 3, 2020**

| Name | Address | Fax | Phone | Email | Description |
|---|---|---|---|---|---|
| The Internal Revenue Service | 2970 Market St<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19101-7346 | | | | Core - Internal Revenue Service |
| The Maintenance Company | 8286 Cleveland Ave Nw<br>North Canton, OH 44720 | | 800- 309-8857 Ext. | | 30 Largest |
| The United States Attorney's Office for the Southern District of Texas | Southern District of Texas | 713-718-3033 | 713-567-9000 | richard.kincheloe@usdoj.gov | Core - United States Attorney's Office for the Southern District of Texas |
| The United States Attorney's Office for the Southern District of Texas | Southern District of Texas<br>Attn: Ryan K Patrick<br>Attn: Richard A Kincheloe<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | 713-718-3033 | 713-567-9000 | usatxs.atty@usdoj.gov | Core - United States Attorney's Office for the Southern District of Texas |
| The United States Department Of Health And Human Services | 200 Independence Ave Sw<br>Washington, Dc, 20201 | | | | Core - United States Department of Health and Human Services |
| Tiaa Commercial Finance, Inc | 10 Waterview Blvd<br>Parsippany, NJ 07054 | | | | Lienholders |
| Tri-North Builders Inc | 2625 Research Park Dr<br>Fitchburg, WI 53711 | | (608) 271-8717 | | 30 Largest |
| Veristor Systems, Inc | 4850 River Green Pkwy<br>Duluth, GA 30096 | | 678.990.1593 | info@veristor.com | 30 Largest |