| Debtor Name | **Benevis Holding Corp.** |
| --- | --- |
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case number (if known): | **20-33920** |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................

Unknown

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.................................................................................

Unknown

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$200,528,365.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*.................................

**+**  $0.00

4. **Total liabilities** ..................................................................................
Lines 2 + 3a + 3b

$200,528,365.00

| Debtor Name | **Benevis Holding Corp.** |
|---|---|
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case number (if known): | **20-33920** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

|          **All cash or cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents**

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8.  Copy the total to line 81.

| Part 3: | Accounts Receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =
                                face amount          doubtful or uncollectible accounts
    11b. Over 90 days old:     _____ - _____ =
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                              % of ownership: |  |  |
| 15.1 | Benevis Corp.                              100.% |  | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |  |  |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. |  | Unknown |

**Part 5:**        **Inventory, excluding agricultural assets**

18.  **Does the debtor own any inventory (excluding agricultural assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw Materials** |  |  |  |  |
| 20.  **Work in progress** |  |  |  |  |
| 21.  **Finished goods, including goods held for resale** |  |  |  |  |

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

22.  **Other inventory or supplies**

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

     ☐ No.
     ☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

Debtor  Benevis Holding Corp.                                         Case Number (if known) 20-33920

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor  Benevis Holding Corp.                                              Case Number (if known) 20-33920

☐ No.
☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 8:**        **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories**<br>Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

Debtor  Benevis Holding Corp.                                      Case Number (if known) 20-33920

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No.

    ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No.

    ☐ Yes.

**Part 9:**　　**Real property**

54.  **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No.

    ☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

    ☐ No.

    ☐ Yes.

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

67. **Do your lists or records include personally identifiable information of customers?**

☐ No.
☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____ - _____ = _____
Total face amount        Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Debtor  Benevis Holding Corp.                                    Case Number (if known) 20-33920

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     **Nature of claim**

     **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every
     nature, including counterclaims of the debtor and rights to set off
     claims**

     **Nature of claim**

     **Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
     Examples: Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☐ No.

     ☐ Yes.

Debtor  Benevis Holding Corp.                                             Case Number (if known) 20-33920

**Part 12:**       **Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.**   *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.**   *Copy line 12, Part 3.* | | |
| 83. **Investments.**   *Copy line 17, Part 4.* | Unknown | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | | |
| 88. **Real Property.**   *Copy line 56, Part 9.* | | |
| 89. **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. **All other assets.**   *Copy line 78, Part 11.* | | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a.   **Unknown** | **+** 91b.   **$0.00** |
| 92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92........................................................... | | **Unknown** |

| Debtor Name | **Benevis Holding Corp.** |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

Case number (if known):  **20-33920**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property
**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>**BMO HARRIS BANK, NA** | Describe debtor's property that is subject to a lien<br>**ALL ASSETS OF THE DEBTOR** | | |
|---|---|---|---|

**$65,494,168.68**      **UNKNOWN**

Creditor's mailing address
**112 W MONROE ST
CHICAGO, IL 60604**

Describe the lien
Term Loan and Revolver - UCC-1

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Last four digits of     5333
account number

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

BMO Harris Bank, NA and New Mountain Capital Group, LLC are pari passu

**2.2**

| Creditor's name<br>**NEW MOUNTAIN CAPITAL GROUP, LLC** | Describe debtor's property that is subject to a lien<br>**ALL ASSETS OF THE DEBTOR** | | |
|---|---|---|---|

**$135,034,196.32**      **UNKNOWN**

Creditor's mailing address
**787 7TH AVE, 48TH FL
NEW YORK, NY 10019**

Describe the lien
Term Loan - By Agreement

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☒ Yes

Date debt was incurred

Last four digits of     7033
account number

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes.  The relative priority of creditors is specified on lines    2.1

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$200,528,365.00

| Debtor Name | **Benevis Holding Corp.** | |
|---|---|---|
| **United States Bankruptcy Court for the Southern District of Texas** | | |
| Case number (if known): | **20-33920** | ☐ Check if this is an amended filing |

<u>Official Form 206E/F</u>

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

**12/15**

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

- [X] No. Go to Part 2.
- [ ] Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**    If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:   $_____ | $_____ |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**  ☐ No  ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          ) | | |

| Debtor Name | Benevis Holding Corp. | Case number (if known): **20-33920** |
|---|---|---|

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
HILDA AVILES
C/O JONATHAN SMITH, ESQ
3834 AUSTELL RD SW, STE A
MARIETTA, GA 30008

As of the petition filing date, the claim is:            **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.2** Nonpriority creditor's name and mailing address
HILDA AVILES
ADDRESS REDACTED

As of the petition filing date, the claim is:            **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.3** Nonpriority creditor's name and mailing address
JOSEPH M GASTELUM & VERONICA GASTELUM
C/O MICHAEL BURG ESQ & DAVID TESELLE ESQ
40 INVERNESS DR E
ENGLEWOOD, CO 80211

As of the petition filing date, the claim is:            **Unknown**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.4** Nonpriority creditor's name and mailing address
JOSEPH M GASTELUM & VERONICA GASTELUM
C/O MICHAEL J PONZO ESQ
2999 N 44TH ST, STE 520
ENGLEWOOD, CO 80211

As of the petition filing date, the claim is:            **Unknown**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Benevis Holding Corp.**

Case number (if known): **20-33920**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5**

**Nonpriority creditor's name and mailing address**

JOSEPH M GASTELUM & VERONICA GASTELUM
C/O MICHAEL ROBL, ESQ
3754 LAVISTA RD, STE 7250
ENGLEWOOD, CO 80211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

JOSEPH M GASTELUM & VERONICA GASTELUM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

KEVIN BRISCOE
C/O ALVIN L PITTMAN, ESQ
5777 W CENTURY BLVD, STE 1685
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

KEVIN BRISCOE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Benevis Holding Corp.**

Case number (if known): **20-33920**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor Name    **Benevis Holding Corp.**

Case number (if known): **20-33920**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | |
|---|---|
| **5a. Total claims from Part 1** | $0.00 |
| **5b. Total claims from Part 2** | $0.00 |
| **5c. Total claims of Parts 1 and 2**<br>Lines 5a + 5b = 5c | $0.00 |

| Debtor Name | **Benevis Holding Corp.** |
| --- | --- |
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case number (if known): | **20-33920** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **LETTER OF AGREEMENT - LOBBYIST SUPPORT** | **MCDERMOTT WILL & EMERY LLP AND SCHMIDT PUBLIC AFFAIRS , LLC**<br>**917 PRINCE ST**<br>**ALEXANDRIA, VA 22314** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | **MSG - INSURANCE & RISK MANAGEMENT CONSULTING**<br>**411 HACKENSACK AVE 5TH FL**<br>**HACKENSACK, NJ 07601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis Holding Corp.** |
| --- | --- |

**United States Bankruptcy Court for the Southern District of Texas**

| Case number (if known): | **20-33920** |
| --- | --- |

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | **BENEVIS AFFILIATES, LLC** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | BMO Harris Bank, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | **BENEVIS AFFILIATES, LLC** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | New Mountain Capital Group, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | **BENEVIS CORP.** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | BMO Harris Bank, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | **BENEVIS INFORMATICS, LLC** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | BMO Harris Bank, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | **BENEVIS INFORMATICS, LLC** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | New Mountain Capital Group, LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor Name    **Benevis Holding Corp.**                           Case number (if known): **20-33920**

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.6 **BENEVIS, LLC** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | BMO Harris Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 **BENEVIS, LLC** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | New Mountain Capital Group, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 **LT SMILE CORPORATION** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | BMO Harris Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 **LT SMILE CORPORATION** | **1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067** | New Mountain Capital Group, LLC | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name** | Benevis Holding Corp. |
| **United States Bankruptcy Court for the Southern District of Texas** | |
| **Case Number:** | 20-33920 |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Benevis Holding Corp., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  9/15/2020                    Signature    /s/ Scott Mell
           MM / DD / YYYY

                                               Scott Mell
                                 Printed Name

                                        Chief Restructuring Officer
                                 Title