| Debtor Name | **Benevis, LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case number (if known): | **20-33922** |

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

## Part 1: Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B)

1a. Real property:
Copy line 88 from *Schedule A/B*.............................................................

Unknown

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................

$82,161.21

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..............................................................

$82,161.21

---

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D..........................

$200,528,365.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*.................................

**+** $6,465,090.90

4. **Total liabilities** .................................................................................
Lines 2 + 3a + 3b

$206,993,455.90

| Debtor Name | **Benevis, LLC** |
| --- | --- |
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case number (if known): | **20-33922** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1   See Attached Exhibit AB3 | | | $82,161.21 |

4.  **Other cash equivalents**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$82,161.21**

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

Debtor  Benevis, LLC                                                    Case Number (if known) 20-33922

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.   **Total of Part 2**
    Add lines 7 through 8.  Copy the total to line 81.

---

**Part 3:**    **Accounts Receivable**

10.   **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

11.   **Accounts receivable**

11a. 90 days old or less: _____ - _____ =
                       face amount              doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =
                       face amount              doubtful or uncollectible accounts

12.   **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

13.   **Does the debtor own any investments?**

Debtor  Benevis, LLC                                                    Case Number (if known) 20-33922

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds of publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

**Part 5:**   **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |

Debtor  Benevis, LLC                                          Case Number (if known) 20-33922

22.  **Other inventory or supplies**

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

     ☐ No.
     ☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☐ Yes.      Book Value $ _____   Valuation Method _____   Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.  **Crops - either planted of harvested**

Debtor  Benevis, LLC                                                Case Number (if known) 20-33922

29.  **Farm animals**
     Examples: Livestock, poultry, farm-raised fish

30.  **Farm machinery and equipment**
     (Other than titled motor vehicles)

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

     ☐ No.
     ☐ Yes.

     **Is any of the debtor's property stored at the cooperative?**

     ☐ No.
     ☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☐ Yes.     Book Value $ _____     Valuation Method _____     Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☐ No.
     ☐ Yes.

Debtor  Benevis, LLC                                        Case Number (if known) 20-33922

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles**<br>Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor  Benevis, LLC                                              Case Number (if known) 20-33922

☐ No.
☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 8:        Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories**
    Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

Debtor  Benevis, LLC                                            Case Number (if known) 20-33922

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

---

**Part 9:       Real property**

---

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Attached Exhibit AB55 | | | | Unknown |

|  |  |  |  | Unknown |
|---|---|---|---|---|

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.
☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

---

Debtor  Benevis, LLC                                                            Case Number (if known) 20-33922

☑ No.
☐ Yes.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

Debtor  Benevis, LLC                                                    Case Number (if known) 20-33922

67.  **Do your lists or records include personally identifiable information of customers?**

☐ No.
☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 11:**     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

                          _____  -  _____  =
                          Total face amount         Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

Debtor  Benevis, LLC                                                    Case Number (if known) 20-33922

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Nature of claim**

   **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**

   **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
   Examples: Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No.

   ☐ Yes.

Debtor  Benevis, LLC                                          Case Number (if known) 20-33922

**Part 12:**     **Summary**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | $82,161.21 | |
| 81. | **Deposits and prepayments.**   *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.**   *Copy line 12, Part 3.* | | |
| 83. | **Investments.**   *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**   *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**   *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | | |
| 88. | **Real Property.**   *Copy line 56, Part 9.* | | Unknown |
| 89. | **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**   *Copy line 78, Part 11.* | | |

| | | | |
|---|---|---|---|
| 91. | **Total.**  Add lines 80 through 90 for each column.   91a. | $82,161.21  ✚  91b. | $Unknown |

92.  **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92........................................................................   $82,161.21

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 1, QUESTION 3

## CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

**Benevis LLC**
**Case No. 20-33922**
**SOAL AB3. Checking, savings, money market, or financial brokerage accounts**

| Name of Institution | Type of Account | Last 4 Digits of Account Holder | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Master | 4327 | $0.00 |
| Bank of America | Operating | 4365 | $0.00 |
| Bank of America | Payroll | 4346 | $0.00 |
| Bank of America | Checking (Business Development ) | 3148 | $10,485.43 |
| Bank of America | Checking (Marketing) | 2223 | $19,821.57 |
| Bank of America | Checking (Accounts Receivable) | 3303 | $16,198.01 |
| Bank of America | Checking (Credentialing) | 1475 | $17,173.75 |
| Bank of America | Captive Series Cell | 5374 | $1,412.53 |
| Bank of America | Payroll & Depository (Accounts Receivable) | 0425 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 3663 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 0444 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 1101 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 1106 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 1120 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 5203 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 5185 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 7613 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 7762 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 3930 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 6062 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 7730 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 7735 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 5962 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 3279 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 8589 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 8914 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 8896 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 5900 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 2457 | $0.00 |
| Bank of America | Depository (Accounts Receivable) | 1399 | $1,783.97 |
| Bank of America | Depository (Accounts Receivable) | 1292 | $3,242.54 |
| Bank of America | Depository (Accounts Receivable) | 2523 | $2,268.19 |
| Bank of America | Depository (Accounts Receivable) | 9898 | $2,159.57 |
| Bank of America | Depository (Accounts Receivable) | 9940 | $2,321.61 |
| Bank of America | Depository (Accounts Receivable) | 0681 | $5,294.04 |
| **Total** | | | **$82,161.21** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

Benevis, LLC
Case No. 20-33922
SOAL AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Corporate Office | 1090 Northchase Pkwy STE 150, Marietta GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1000 No. Midkiff Rd. | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1004 N Texas Blvd | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1021 West 5th Avenue, Gary, IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 105 Myrtle St, New Britain CT | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1058 N. Irish Rd., Davison MI | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 10642 Deerbrook Drive, Knoxville TN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1070 St. James Avenue Suite D, Springfield MA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1096 Revere Beach Pkwy, Chelsea MA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 110 Conston Avenue, Christiansburg VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1100 Lowes Boulevard | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1121 Broad Street | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1147 University Blvd E, Takoma Park MD | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1194 Big Bethel Road, Hampton VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1211 West Broadway | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 124 West MLKing Jr. Dr., Hinesville GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1301 East Highway 83, McAllen TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1301 Winchester Road | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1350 Chestnut Street, Orangeburg SC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 137 Hathaway Road, New Bedford MA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1386 Gray Highway, Macon GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 14346 Warwick Boulevard | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 144 Boston Ave, Bridgeport CT | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1531 Maryland Avenue, Washington DC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1536 Eisenhower Parkway, Macon GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 15401 Dix Toledo Rd., Southgate, MI | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1580 Wesel Blvd. | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1601 Walton Drive, Waco TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1613 W. County Road | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1631 Gordon Highway #22, Augusta GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1708 Manhattan Blvd. Suite C, Harvey LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1756 Candler Road, Decatur GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1800 Fort Harrison Road, Terre Haute IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1840 N Lee Trevino Drive | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1852 Bluffton Road, Fort Wayne IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1888 Main Street | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1900 N. Broadway | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1923 Marsha Sharp Freeway, Ste. 103, Lubbock TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 1932 E Southeast Loop 323, Tyler TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2001 NE Evangeline Thruway | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 201 Towne Dr, Elizabethtown KY | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2025 S Pleasant Valley, Winchester VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2030 West Baseline Rd. Shops A | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2035-2037 SE 29th St., Topeka KS | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2103 East Walnut Avenue, Dalton GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 21177 State Highway 249, Houston TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2127 East Victory Dr., Savannah GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 213 E. Expressway 83, Mission, TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2165 Cunningham Drive, Hampton VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 217 South Street, Holyoke MA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2181 Washington Street | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2200 S W S Young Dr, Killeen TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2210 Bell Street, Amarillo TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2222 Clearview Pkwy, Metairie LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2248 E. 53rd Street, Indianapolis IN | Real Property Lease | Unknown | Book | Unknown |

Benevis, LLC
Case No. 20-33922
SOAL AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dental Office | 2316 S Zapata Hwy, Laredo TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2338 East Little Creek Road, Norfolk VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2349 Cherry Road, Rock Hill SC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2364 South Loop West, Houston TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2383 West 24th Street, Suite 120, Yuma, AZ | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2400 Bellevue Rd. #24, Dublin GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2400 Richmond Road | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2429 Frederick Avenue, Baltimore MD | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2539 Judson Road, Longview TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2542 Prince William Parkway | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2650 Beach Blvd, Biloxi MS | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2706 Ryan Street, Lake Charles LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 280 Merrimack St. | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2820 Louisville Avenue | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2900 South Cobb Drive | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2903 50th Street, Lubbock TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2916 North US Highway 75, Suite 900-A, Sherman TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 2990 South Sixth Avenue, Tucson AZ | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3 K Mart Plaza, Greenville SC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3057 Gentilly Blvd, New Orleans LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3063 S. John Redditt Dr., Lufkin TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3111 South Texas Avenue, Bryan TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3112 North Main Street, Anderson SC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3218 North Grimes St., Hobbs NM | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3227 West Blue Ridge Drive, Greenville SC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3455 Government Street, Baton Rouge LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3510 Bardstown Road, Louisville KY | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3533 Plank Rd, Fredericksburg VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 365 Lowes Drive, Danville VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3658 East Street, Indianapolis IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3701 S. Main Street, Elkhart IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3711 Gregory Street, Wichita Falls TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3719 Jewella Avenue, Shreveport LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3720 Hardy Street, Suite #23, Hattiesburg MS | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3824 Mechanicsville Pike, Unit 12, Richmond VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3840 Aldine Mail Rt., Houston TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 3850 S. New Braunfels Avenue Suite 101, San Antonio TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 400 Diamond Avenue East, Evansville IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 400 S. Thornton Ave, Dalton GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 400 Southpark Boulevard | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 401 South Gloster Street, Tupelo MS | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4030 Lawrenceville Highway | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4054 Buford Highway NE, Atlanta GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 406 North Fruitland Blvd, Salisbury MD | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4072 Victory Boulevard, Portsmouth VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4173 Patterson Avenue, Baltimore MD | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 41781 Garfield Rd., Clinton Township, MI | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4239 Holland Road | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4301 Suite A State Avenue, Kansas City KS | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4315 Commerce Drive STE 310, LaFayette IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 432 South Bibb Avenue | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4400 Dorchester Road | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4403 Sherwood Way, San Angelo TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4458 Jonesboro Road, Forest Park GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4463 North State Street, Jackson MS | Real Property Lease | Unknown | Book | Unknown |

Benevis, LLC
Case No. 20-33922
SOAL AB 55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Dental Office | 4519 Wooddruff Road, Suite 10, Columbus GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4722 N Southside Plaza | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 4754 South 14th Street, Abilene TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5002 Airport Rd. | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5130 Fairbanks Dr., El Paso TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 529 North Valley Mills Drive, Waco TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 531 Elm Street, New Haven CT | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5341 Antoine Drive, Houston, TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5422 Forest Drive | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 544 Southbridge St. Ste #1, Worcester, MA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5495 Old National Highway, Atlanta GA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5504 E. 22nd Street | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5601 Bandera Road, Leon Valley TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5700 Ritchie Hwy, Brooklyn MD | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 5900 E Virginia Beach Blvd Ste 70, Norfolk VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6 Westside Shopping Center, Gretna LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6065 Montana Avenue, Suites B-5, El Paso TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6084 Sam Snead Highway, Hot Springs VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 615 Zaragosa Road | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 625 N Carrier Parkway, Grand Prairie TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6471 Marlboro Pike, District Heights MD | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 651 Highway 28BYP, Anderson, SC | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6537 Arlington Blvd, Falls Church VA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6667 Vernon Woods Dr. | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 6910 Mesa Street | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 710 Estes Drive | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 715 Crescent Street, Brockton MA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 724 West Main St. Suite 316, Lewisville, TX | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 728 Wolcott Street, Waterbury CT | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 7839 Eastern Avenue | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 8000 Research Forest Dr. | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 8252 Rockville Rd., Indianapolis, IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 8301 Indianapolis Blvd, Highland IN | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 837 Seminole Rd. Suite 1, Norton Shores MI | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 9018 Mansfield Rd, Shreveport LA | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 933 Pleasant Street | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 989 Ellis Avenue, Jackson MS | Real Property Lease | Unknown | Book | Unknown |
| Dental Office | 9972 East Washington St., Indianapolis, IN | Real Property Lease | Unknown | Book | Unknown |

| Debtor Name | Benevis, LLC |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

Case number (if known):   **20-33922**

☐ Check if this is an amended filing

**Official Form 206D**

## Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|---|

**2.1**

Creditor's name
**BMO HARRIS BANK, NA**

Describe debtor's property that is subject to a lien
**ALL ASSETS OF THE DEBTOR**

Amount of Claim: **$65,494,168.68**     Value of collateral: **UNKNOWN**

Creditor's mailing address
**112 W MONROE ST**
**CHICAGO, IL 60604**

Describe the lien
Term Loan and Revolver - UCC-1

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last four digits of account number     **5333**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

BMO Harris Bank, NA and New Mountain Capital Group, LLC are pari passu

---

**2.2**

Creditor's name
**DELL FINANICAL SERVICES**

Describe debtor's property that is subject to a lien
**LEASED ASSETS UNDER AN AGREEMENT**

Amount of Claim: **UNKNOWN**     Value of collateral: **UNKNOWN**

Creditor's mailing address
**P.O. BOX 29071**
**GLENDALE, CA 91209-9071**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last four digits of account number     **7340**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$200,528,365.00**

Debtor Name **Benevis, LLC**

Case number (if known): **20-33922**

---

**Part 1:**   Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.3**

| Creditor's name<br>**NEW MOUNTAIN CAPITAL GROUP, LLC** | Describe debtor's property that is subject to a lien<br>ALL ASSETS OF THE DEBTOR | |
|---|---|---|
| | | $135,034,196.32    UNKNOWN |

Creditor's mailing address
**787 7TH AVE, 48TH FL**
**NEW YORK, NY 10019**

Describe the lien

Term Loan - By Agreement

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Date debt was incurred

Last four digits of account number    7033

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes.  The relative priority of creditors is specified on lines   2.1

---

**2.4**

| Creditor's name<br>**WASHINGTON CORNER LP** | Describe debtor's property that is subject to a lien<br>ALL INVENTORY, EQUIPMENT AND FIXTURE AT<br>WASHINGTON CORNER SHOPPING CENTER | |
|---|---|---|
| | | UNKNOWN    UNKNOWN |

Creditor's mailing address
**C/O BROADBENT COMPANY**
**117 EAST WASHINGTON ST, STE 300**
**INDIANAPOLIS, IN 46204**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

Last four digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

| Debtor Name | **Benevis, LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

Case number (if known):  **20-33922**

☐ Check if this is an
amended filing

Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims

**12/15**

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

[X] No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**    If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:   $_____ | $_____ |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No  ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a) (         ) | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.1**  **Nonpriority creditor's name and mailing address**

1058 N IRISH RD, LLC
6615 PISA COURT
ROCHESTER HILLS, MI 48306

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $13,438.40

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**

1708 MANHATTAN, LLC
C/O JACK STUMPF AND ASSOCIATES, INC
1700 CENTRAL BLVD
HARVEY, LA 70058

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $17,885.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**

2900 SOUTH COBB DRIVE, LLC
902 MARIETTA HWY S-300
BOX 102
ROSWELL, GA 30075

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $27,306.24

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**

ACADIA CRESCENT PLAZA LLC
411 THEODORE FREMD AVE, STE 300
RYE, NY 10580

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                     $80,723.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Benevis, LLC**                          Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.5**  **Nonpriority creditor's name and mailing address**

ACF LAKEWOOD 11, LLC
12411 VENTURA BLVD
STUDIO CITY, CA 91604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,753.28

---

**3.6**  **Nonpriority creditor's name and mailing address**

AMERICAN PROPERTIES COMPANY, LP
499 GLOSTER CREEK VILLAGE, SUITE F9
TUPELO, MS 38801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$48,057.69

---

**3.7**  **Nonpriority creditor's name and mailing address**

ATHENS RE, LTD
110 HABERSHAM DRIVE SUITE 122
FAYETTEVILLE, GA 30214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,117.14

---

**3.8**  **Nonpriority creditor's name and mailing address**

AUBURNDALE MONROE LP
5485 BELTLINE ROAD, SUITE 115
DALLAS, TX 75254

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,545.66

---

Debtor Name    **Benevis, LLC**                                              Case number (if known): **20-33922**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.9**    **Nonpriority creditor's name and mailing address**

B-Y WESTERN VALLEY, LTD
4629 MACRO DRIVE
SAN ANTONIO, TX 78218

**As of the petition filing date, the claim is:**           $57,446.64

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.10**    **Nonpriority creditor's name and mailing address**

BARNES GOODYEAR ENTERPRISES
1608 N STATE HWY 161
GRAND PRAIRIE, TX 75050

**As of the petition filing date, the claim is:**           $9,411.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.11**    **Nonpriority creditor's name and mailing address**

BARRETT FAMILY PARTNERSHIP LLC
1515 ABUTMENT ROAD
DALTON, GA 30722

**As of the petition filing date, the claim is:**           $55,047.52

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.12**    **Nonpriority creditor's name and mailing address**

BC WOOD INVESTMENT FUND I, LLC
1020 INDUSTRY ROAD, SUITE 40
LEXINGTON, KY 40505

**As of the petition filing date, the claim is:**           $58,524.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor Name   **Benevis, LLC**                                   Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.13**  **Nonpriority creditor's name and mailing address**

BDC PROPERTIES/CONSTRUCTION INC
5000 OVERTON PLAZA, SUITE 300
FORT WORTH, TX 76109

**As of the petition filing date, the claim is:**                    $12,387.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

BELVEDERE STATION, LLC
162 NORTH MAIN ST SUITE 5
FLORIDA, NY 10921

**As of the petition filing date, the claim is:**                    $41,754.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

BRC RUSSELLVILLE, LLC
2967 GRANDVIEW AVE
ATLANTA, GA 30305

**As of the petition filing date, the claim is:**                    $53,074.95

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**

BRC WESTERN SQUARE LLC
2967 GRANDVIEW AVE
ATLANTA, GA 30305

**As of the petition filing date, the claim is:**                    $36,061.73

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name  **Benevis, LLC**

Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.17**  **Nonpriority creditor's name and mailing address**
BRENTWOOD PLAZA HOLDINGS, LLC
85-A MILL STREET SUITE 100
ROSWELL, GA 30075

**As of the petition filing date, the claim is:**                    $34,689.65
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**
BRITTANY RICHARDS (MADDISYN HICKS)
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                    Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**
BROADWAY PROPERTIES LLC
9802 BUNSEN WAY
LOUISVILLE, KY 40299

**As of the petition filing date, the claim is:**                    $57,318.59
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**
BRUCE REMLER, LLC
P.O. BOX 13471
SAVANNAH, GA 31416

**As of the petition filing date, the claim is:**                    $43,458.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.21** **Nonpriority creditor's name and mailing address**

C PAUL HARRISON
1111 NORTHSHORE DR, STE P 195
KNOXVILLE, TN 37915

**UNKNOWN**

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
PENDING LITIGATION

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

CAFUA REALTY TRUST XXV, LLC
280 MERRIMACK ST
METHUEN, MA 01844

**$34,312.50**

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
REAL ESTATE LEASE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

CALIFORNIA CROSSING, LLC
49 WEST 37TH STREET 9TH FLOOR
NEW YORK, NY 10018-6257

**$28,088.14**

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
REAL ESTATE LEASE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

CALX, LTD
2330 HOLMES RD
HOUSTON, TX 77051

**$15,085.95**

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[X] Disputed

Date or dates debt was incurred

**Basis for the claim:**
REAL ESTATE LEASE

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    Benevis, LLC

Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.25** | **Nonpriority creditor's name and mailing address**
CENTRAL SOUTHWEST TEXAS DEVELOPMENT LLC
5000 OVERTON PLAZA SUITE 300
FORT WORTH, TX 76109

**As of the petition filing date, the claim is:**                                  $31,402.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
CENTRO HERITAGE SPRADLIN FARM LLC
162 NORTH MAIN ST SUITE 5
FLORIDA, NY 10921

**As of the petition filing date, the claim is:**                                  $54,293.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
CHARLOTTE LEWARK
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                  Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
CHURCH STREET INC
P.O. BOX 2567
GREENVILLE, SC 29602

**As of the petition filing date, the claim is:**                                  $49,514.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Benevis, LLC**                         Case number (if known): **20-33922**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.29**   **Nonpriority creditor's name and mailing address**

CLEARVIEW PALMS
DAVID M KERTH, ESQ
445 N BLVD STE 800
BATON ROUGE, LA 70802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**

CLEARVIEW PALMS
270 COMMERCE DR
ROCHESTER, NY 14623

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.31**   **Nonpriority creditor's name and mailing address**

CLEARVIEW PALMS SHOPPING
CTR NEW ORLEANS, LA LP
P.O. BOX 93070
ROCHESTER, NY 14692

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $43,987.07

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.32**   **Nonpriority creditor's name and mailing address**

CLINTON HOLDINGS, LLC
C/O DAVID TISDALE
5657 WEST MAPLE RD
WEST BLOOMFIELD, MI 48322

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $37,500.00

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Benevis, LLC**                           Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.33**   **Nonpriority creditor's name and mailing address**

COLAPARCHEE PARTNERS LLC
4124 ARKWRIGHT ROAD, SUITE 1
MACON, GA 31210

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,889.35

**3.34**   **Nonpriority creditor's name and mailing address**

COLISEUM CORNER LIMITED PARTNERSHIP
11100 WEST BROAD STREET
GLEN ALLEN, VA 23060

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,386.50

**3.35**   **Nonpriority creditor's name and mailing address**

COMMUNITY HEALTHNET INC
1021 WEST 5TH AVENUE
GARY, IN 46402

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,750.00

**3.36**   **Nonpriority creditor's name and mailing address**

CONCORD MALL PROPERTIES, LTD
C/O CIII ASSET MANAGEMENT, LLC
5221 N O'CONNOR BLVD, SUITE 800
IRVING, TX 75039

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,840.42

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.37**

**Nonpriority creditor's name and mailing address**
CORAL NEW HAVEN ASSOCIATES II, LLC
230 EDGEWOOD AVE
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**          $71,617.25
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.38**

**Nonpriority creditor's name and mailing address**
DDR SOUTHEAST VALLEY PARK, LLC
C/O COLLIERS INTERNATIONAL
8601 ROBERT FULTON DR , SUITE 220
COLUMBIA, MD 21046

**As of the petition filing date, the claim is:**          $72,539.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.39**

**Nonpriority creditor's name and mailing address**
DEPT OF HEALTH AND HUMAN SERVICES
OFFICE OF THE INSPECTOR GENERAL
7900 OAK LANE, SUITE 200
MIAMI LAKES , FL 33016

**As of the petition filing date, the claim is:**          Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.40**

**Nonpriority creditor's name and mailing address**
DIAKON LUTHERAN SOCIAL MINISTRIES
C/O COMMUNITY REALTY COMPANY, INC
11161 NEW HAMPSHIRE AVE SUITE 200
SILVER SPRING, MD 20904

**As of the petition filing date, the claim is:**          $71,330.03
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.41**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $72,350.11

DONALD H D'AMOUR AND CHARLES L D'AMOUR
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $17,810.56

EAST FOREST PLAZA II, LLC
C/O GRUBB & ELLIS/WILSON KIBLER
1111 LAUREL STREET
COLUMBIA, SC 29201

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $30,000.85

ECN PROPERTIES VII, LTD
C/O HCI GENERAL CONTRACTORS
2001 N LAMAR ST SUITE 200
DALLAS, TX 75202-1736

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $59,567.95

EDGEWATER RETAIL PARTNERS I, LP
C/O PRIME FINANCE PARTNERS
233 NORTH MICHIGAN AVENUE, SUITE 1915
CHICAGO, IL 60601

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Benevis, LLC**                                             Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.45** **Nonpriority creditor's name and mailing address**
EP SIMANA, LP
C/O MIMCO
6500 MONTANA
EL PASO, TX 79925

$27,408.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
ERIC LIVESAY ( EMILY LIVESAY)
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

Unknown

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
ERIC LIVESAY, EMILY LIVESAY
ADDRESS REDACTED

UNKNOWN

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
FAIR OAKS COMMONS, LLC
48 EAST OLD COUNTRY RD, STE 203
MINEOLA, NY 11501

$54,900.00

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor Name   **Benevis, LLC**                                        Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $36,800.86

FAV REAL ESTATE VENTURE, LP
C/O MOSELEY COMMERCIAL REAL ESTATE
4309 CENTER STREET
HOUSTON, TX 77007

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $40,434.00

FOSTER PARK PROPERTIES, INC
70 NE LOOP 410 SUITE 185
SAN ANTONIO, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $56,624.78

FRANK FORTE, FR AND MICHAEL L ROTTENBERG
TRUSTEES OF THE WALTER DIENER RESIDUARY TRUST
6231 LEESBURG PIKE SUITE 100
FALLS CHURCH, VA 22044

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $42,851.00

GARY MEHAN/G M PROPERTIES
2006 AVONDALE STREET
WICHITA FALLS, TX 76308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name   **Benevis, LLC**                                   Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.53**

**Nonpriority creditor's name and mailing address**

GATEWAY PROPERTIES, LTD
4002 21ST STREET
LUBBOCK, TX 79410

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,230.00

---

**3.54**

**Nonpriority creditor's name and mailing address**

GBR CEDAR LANE LIMITED LIABILITY COMPANY
3 MANHATTANVILLE ROAD
PURCHASE, NY 10577

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,848.51

---

**3.55**

**Nonpriority creditor's name and mailing address**

GC&A CENTRAL MALL PARTNERS, LP
C/O KOHAN INVESTMENT GROUP
1010 NORTHERN BOULEVARD, SUITE 212
GREAT NECK, NY 11021

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,271.65

---

**3.56**

**Nonpriority creditor's name and mailing address**

GENTILLY, LLC
P.O. BOX 311240
2501 OAK RUN PKWY
NEW BRAUNFELS, TX 78132

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,578.94

---

Debtor Name     **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:     $63,789.65
GEORGE T ABDOW AND RONALD J ABDOW
ADDRESS REDACTED
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?
☒ No
☐ Yes

**3.58**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:     UNKNOWN
GEORGETTE WELCH
ADDRESS REDACTED
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?
☒ No
☐ Yes

**3.59**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:     $53,388.06
GFS REALTY LLC
P.O. BOX 202
MANAKIN SABOT, VA 23103
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?
☒ No
☐ Yes

**3.60**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:     $41,584.79
GGIA II LIMITED
C/O T-GROUP PROPERTIES LLC
9434 VISCOUNT, SUITE 155
EL PASO, TX 79925
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**      Is the claim subject to offset?
☒ No
☐ Yes

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                          **Amount of claim**

**3.61**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        $4,774.40
GHL, LLC
C/O SKYLINE SEVEN REAL ESTATE, LLC          ☐ Contingent
5825 GLENRIDGE DRIVE, BLDG 1, SUITE 206      ☐ Unliquidated
ATLANTA, GA 30328                            ☐ Disputed

                                             **Basis for the claim:**
**Date or dates debt was incurred**          REAL ESTATE LEASE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☒ No
                                             ☐ Yes

**3.62**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        $24,484.49
GJ MOUNTAIN, LLC
2398 E CAMELBACK RD, STE 550                 ☐ Contingent
PHOENIX, AZ 85016                            ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:**
**Date or dates debt was incurred**          REAL ESTATE LEASE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☒ No
                                             ☐ Yes

**3.63**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        $212,077.64
GLASSRATNER MGMT. & REALTY ADVISORS, LLC
C/O CROSSGATE PARNTERS                        ☐ Contingent
7320 MCGINNIS FERRY RD                        ☐ Unliquidated
SUWANNEE, GA 30024                            ☐ Disputed

                                             **Basis for the claim:**
**Date or dates debt was incurred**          REAL ESTATE LEASE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☒ No
                                             ☐ Yes

**3.64**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        $59,660.06
GROVE PARK PROPERTY, LLC
C/O WHEELER REAL ESTATE, LLC RIVERSEDGE NORTH   ☐ Contingent
2529 VIRGINIA BEACH BLVD SUITE 200              ☐ Unliquidated
VIRGINIA BEACH, VA 23452                        ☐ Disputed

                                             **Basis for the claim:**
**Date or dates debt was incurred**          REAL ESTATE LEASE

**Last 4 digits of account number**          **Is the claim subject to offset?**
                                             ☒ No
                                             ☐ Yes

Debtor Name   **Benevis, LLC**   Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.65** | **Nonpriority creditor's name and mailing address**

HAROLD S SILBER DDS PC
1111 NORTHSHORE DR, STE S-700
KNOXVILLE, TN 37919

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$5,567.57

---

**3.66** | **Nonpriority creditor's name and mailing address**

HE BUTT STORE PROPERTY COMPANY NO ONE
646 S MAIN
SAN ANTONIO, TX 78204

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$51,171.14

---

**3.67** | **Nonpriority creditor's name and mailing address**

HEB GROCERY COMPANY, LP
646 S MAIN
SAN ANTONIO, TX 78204

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$49,210.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

HEBCO DEVELOPMENT INC
P.O. BOX 839955
SAN ANTONIO, TX 78283

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$54,094.68

Debtor Name    **Benevis, LLC**                              Case number (if known): **20-33922**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.69** | **Nonpriority creditor's name and mailing address**

HIGHLAND PLAZA IMPROVEMENTS, LLC
C/O MID-AMERICA ASSET MGMT
ONE PARKVIEW PLAZA, 9TH FL
OAKBROOK TERRACE, IL 60181

**As of the petition filing date, the claim is:**              $64,161.12

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

HILDA AVILES
C/O JONATHAN SMITH, ESQ
3834 AUSTELL RD SW, STE A
MARIETTA, GA 30008

**As of the petition filing date, the claim is:**              UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

HILDA AVILES
ADDRESS REDACTED

**As of the petition filing date, the claim is:**              UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address**

HOPPENSTEIN PROPERTIES, INC
P O BOX 207
WACO, TX 76703

**As of the petition filing date, the claim is:**              $25,123.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name   **Benevis, LLC**   Case number (if known): **20-33922**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.73** | **Nonpriority creditor's name and mailing address**
HSMEP CAPROCK, LP
C/O TEXAS 1ST COMMERCIAL PROPERTY MANAGEMENT, LLC
2009 PORTERFIELD WAY , STE P
UPLAND, CA 91786

**As of the petition filing date, the claim is:** $32,485.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
HWY 23, LLC
817 BOCAGE LANE
MANDEVILLE, LA 70471

**As of the petition filing date, the claim is:** $5,256.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
INLAND MID-ATLANTIC MANAGEMENT, LLC
C/O COLLIERS INTERNATIONAL
P.O. BOX 13470
RICHMOND, VA 23225

**As of the petition filing date, the claim is:** $32,441.26
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**
INTERSTATE VILLAGE JOINT VENTURE
C/O FIMC
1619 S TYLER
AMARILLO, TX 79102

**As of the petition filing date, the claim is:** $59,951.23
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Benevis, LLC**                              Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.77**  **Nonpriority creditor's name and mailing address**

JANAF SHOPPING CENTER LLC
P.O. BOX 714775
CINCINNATI, OH 45271-4775

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,517.77

---

**3.78**  **Nonpriority creditor's name and mailing address**

JASON ELLIOTT
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
☒ No
☐ Yes

Unknown

---

**3.79**  **Nonpriority creditor's name and mailing address**

JASON ELLIOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.80**  **Nonpriority creditor's name and mailing address**

JDN REAL ESTATE – WEST LAFAYETTE, LP
10689 N PENNSYLVANIA ST, STE 100
INDIANAPOLIS, IN 46280

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,667.93

---

Debtor Name   **Benevis, LLC**                                                    Case number (if known): **20-33922**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.81**  **Nonpriority creditor's name and mailing address**

JORDAN BOUDREAUX & BROOKE BOUDREAUX
C/O ANTHONY FAZZIO, ESQ
4906 AMBASSADOR CAFFERY, STE 1000
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**                                    Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        LITIGATION – FOR NOTICE PURPOSES

**Last 4 digits of account number**        **Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.82**  **Nonpriority creditor's name and mailing address**

JORDAN BOUDREAUX & BROOKE BOUDREAUX
ADDRESS REDACTED

**As of the petition filing date, the claim is:**                                    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        PENDING LITIGATION

**Last 4 digits of account number**        **Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.83**  **Nonpriority creditor's name and mailing address**

JOSEPH A NUNAN, AS TRUSTEE
MCRE MANAGEMENT PARTNERS, LLC
4311 WEST LOVERS LANE, SUITE 100
DALLAS, TX 75209

**As of the petition filing date, the claim is:**                                    $36,800.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        REAL ESTATE LEASE

**Last 4 digits of account number**        **Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.84**  **Nonpriority creditor's name and mailing address**

JOSEPH M GASTELUM & VERONICA GASTELUM
C/O MICHAEL BURG ESQ & DAVID TESELLE ESQ
40 INVERNESS DR E
ENGLEWOOD, CO 80211

**As of the petition filing date, the claim is:**                                    Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**        LITIGATION – FOR NOTICE PURPOSES

**Last 4 digits of account number**        **Is the claim subject to offset?**

[✓] No
[ ] Yes

---

Debtor Name   **Benevis, LLC**                                   Case number (if known): **20-33922**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.85**  **Nonpriority creditor's name and mailing address**
JOSEPH M GASTELUM & VERONICA GASTELUM
C/O MICHAEL J PONZO ESQ
2999 N 44TH ST, STE 520
ENGLEWOOD, CO 80211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    Unknown
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.86**  **Nonpriority creditor's name and mailing address**
JOSEPH M GASTELUM & VERONICA GASTELUM
C/O MICHAEL ROBL, ESQ
3754 LAVISTA RD, STE 7250
ENGLEWOOD, CO 80211

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    Unknown
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.87**  **Nonpriority creditor's name and mailing address**
JOSEPH M GASTELUM & VERONICA GASTELUM
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.88**  **Nonpriority creditor's name and mailing address**
KC DENTAL INVESTORS, LLC
C/O ASSET MANAGEMENT GROUP
5600 W 95TH ST SUITE 307
OVERLAND PARK, KS 66207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $18,543.23
[ ] Contingent
[ ] Unliquidated
[X] Disputed
**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Benevis, LLC**                     Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

---

**3.89**  **Nonpriority creditor's name and mailing address**
KEVIN BRISCOE
C/O ALVIN L PITTMAN, ESQ
5777 W CENTURY BLVD, STE 1685
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**    Unknown
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.90**  **Nonpriority creditor's name and mailing address**
KEVIN BRISCOE
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    UNKNOWN
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.91**  **Nonpriority creditor's name and mailing address**
KEYSTONE PLAZA ASSOCIATES AND NCDR, LLC
C/O CBRE, INC
8888 KEYSTONE CROSSING, SUITE 1000
INDIANAPOLIS, IN 46240

**As of the petition filing date, the claim is:**    $17,782.69
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.92**  **Nonpriority creditor's name and mailing address**
KIMCO NORTH TRUST II
C/O MATHIAS DEUTSCH
P.O. BOX 1575
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**    $38,407.00
- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.93**  **Nonpriority creditor's name and mailing address**

LAKE CHARLES PC, LP
900 TOWN & COUNTRY LANE, SUITE 210
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**                    $39,759.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**  **Nonpriority creditor's name and mailing address**

LCG EAGLE PASS 2004, LP
3109 N ST MARY'S STREET
SAN ANTONIO, TX 78212

**As of the petition filing date, the claim is:**                    $37,873.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**  **Nonpriority creditor's name and mailing address**

LERU COMPANY
450 7TH AVENUE
NEW YORK, NY 10123

**As of the petition filing date, the claim is:**                    $48,680.90

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**

LIBBY WESMARK ENTERPRISES LLC
C/O SELECT STRATEGIES
202 S MAIN ST UNIT J
GRAHAM, NC 27253

**As of the petition filing date, the claim is:**                    $43,672.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Benevis, LLC**                                   Case number (if known): **20-33922**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.97**  **Nonpriority creditor's name and mailing address**

LRIC LEWISVILLE, LP
P.O. BOX 660394
DALLAS, TX 75266-0394

**As of the petition filing date, the claim is:**  $40,009.30

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**

LYNN C SHAW
ADDRESS REDACTED

**As of the petition filing date, the claim is:**  $21,450.48

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99**  **Nonpriority creditor's name and mailing address**

LYON REALTY GROUP LLC
337 HIDDEN COVE DR
RICHMOND HILL, GA 31324

**As of the petition filing date, the claim is:**  $24,140.66

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

MA AG - MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD DIVISION
1 ASHBURTON PL
BOSTON, MA 02108

**As of the petition filing date, the claim is:**  UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name     **Benevis, LLC**     Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.101** | **Nonpriority creditor's name and mailing address**

MA OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD DIVISION
ONE ASHBURTON PLACE
BOSTON , MA 2108

As of the petition filing date, the claim is:     **Unknown**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.102** | **Nonpriority creditor's name and mailing address**

MACON PLAZA, LLC
C/O SAFEWAY GROUP, INC
6961 PEACHTREE INDUSTRIAL BLVD SUITE 101
NORCROSS, GA 30092

As of the petition filing date, the claim is:     **$39,358.06**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.103** | **Nonpriority creditor's name and mailing address**

MARTIN J DIAMOND AND KAREN DIAMOND
ADDRESS REDACTED

As of the petition filing date, the claim is:     **$7,824.70**

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.104** | **Nonpriority creditor's name and mailing address**

MARYLAND CROSSING, LLC
C/O AAC MANAGEMENT CORP
150 EAST 58TH ST, 4TH FLOOR
NEW YORK, NY 10155

As of the petition filing date, the claim is:     **$139,849.89**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name     **Benevis, LLC**                                  Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.105**   **Nonpriority creditor's name and mailing address**

MAYO FIVE, LLC
C/O ADVANCED REALTY
50 FRANKLIN ST , SUITE 400
BOSTON, MA 02110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,383.28

---

**3.106**   **Nonpriority creditor's name and mailing address**

MELBA ORTIZ-RIVERA
US EEOC COMMISSION ANTONIO FIELD OFFICE
5410 FREDERICKSBURG RD STE 200
SAN ANTONIO, TX 78229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.107**   **Nonpriority creditor's name and mailing address**

MELBA ORTIZ-RIVERA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.108**   **Nonpriority creditor's name and mailing address**

MELISSA LEGENDRE
C/O MICHAEL J REILLY, ESQ
364 FRANKLIN AVE
HARTFORD, CT 6114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

Debtor Name  **Benevis, LLC**  Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.109** Nonpriority creditor's name and mailing address

MELISSA LEGENDRE
ADDRESS REDACTED

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

**3.110** Nonpriority creditor's name and mailing address

MESA CENTERS, LLC
C/O QUICK & COMPANY
606 W 12TH ST
AUSTIN, TX 78701

As of the petition filing date, the claim is:    $24,275.52

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

**3.111** Nonpriority creditor's name and mailing address

MESHA HALEY (KARLEE BROWN)
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

As of the petition filing date, the claim is:    Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

**3.112** Nonpriority creditor's name and mailing address

MESHA HALEY, KARLEE BROWN
ADDRESS REDACTED

As of the petition filing date, the claim is:    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

[✓] No
[ ] Yes

---

Debtor Name      **Benevis, LLC**                                              Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.113**  **Nonpriority creditor's name and mailing address**

METRO CENTER NE, LLC
C/O NORTHEAST RETAIL LEASING
360 BLOOMFIELD AVENUE, SUITE 208
WINDSOR, CT 06095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,873.80

---

**3.114**  **Nonpriority creditor's name and mailing address**

METRO CENTER SHOPPING PLAZA LLC
STEVEN KATZ, ESQ
241 MAIN ST
HARTFORD, CT 06106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Unknown

---

**3.115**  **Nonpriority creditor's name and mailing address**

METRO CENTER SHOPPING PLAZA LLC
360 BLOOMFIELD AVE, STE 208
WINDSOR, CT 06095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.116**  **Nonpriority creditor's name and mailing address**

MVL INVESTMENTS, LLC
C/O DAVID
1828 MAIN ST
HUNINGTON BEACH, CA 92648

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,566.57

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **Benevis, LLC**    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117**    **Nonpriority creditor's name and mailing address**

NAZY HIRANI
4122 WEST VENUSWAY, STE A
CHANDLER, AZ 85226

**As of the petition filing date, the claim is:**    $47,957.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.118**    **Nonpriority creditor's name and mailing address**

NEW MARKET - ANDERSON LLC
C/O JONES LAND LASALLE AMERICAS, INC RETAIL OPEN AIR DIVISION,
6365 HALCYON WAY SUITE 970, ALPHARETTA, GA 30005
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**    $50,261.10

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.119**    **Nonpriority creditor's name and mailing address**

NORTH COUNTY CORPORATION
300 HOSPITAL DR, STE 212
GLEN BURNIE, MD 21061

**As of the petition filing date, the claim is:**    $24,899.40

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.120**    **Nonpriority creditor's name and mailing address**

NORTH LOOP PARTNERS, LTD
C/O CONNECTED MANAGEMENT SERVICES
2525 MCKINNON, SUITE 700
DALLAS, TX 75201

**As of the petition filing date, the claim is:**    $31,140.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor Name       **Benevis, LLC**                                      Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.121**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $23,525.80

NORTON SHORES PROFESSIONAL CENTRE, LLC
3597 HENRY STREET SUITE 200
MUSKEGON, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          UNKNOWN

OIG - DEPT OF HEALTH AND HUMAN SERVICES
OFFICE OF THE INSPECTOR GENERAL
7900 OAK LN, STE 200
MIAMI LAKES, FL 33016

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          Basis for the claim:
PENDING LITIGATION

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $93,408.14

PARKWAY PLAZA VENTURE, LLC
C/O FEDERAL REALTY INVESTMENT TRUST 211-2110
P.O. BOX 8500-9320
PHILADELPHIA, PA 19178-9320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $46,462.80

PARKWAY PLAZA, LLC
500 N AKARD STREET, SUITE 3240
DALLAS, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**          Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Benevis, LLC**                                  Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------|

Amount of claim

**3.125** Nonpriority creditor's name and mailing address

PATTERSON VILLAGE LLLP
C/O SHOPPING CENTER MGMT CO, INC
1829 REISTERSTOWN ROAD, SUITE 440
BALTIMORE, MD 21208

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
REAL ESTATE LEASE

Is the claim subject to offset?
☒ No
☐ Yes

$36,807.11

**3.126** Nonpriority creditor's name and mailing address

PDQ SOUTHPARK LLC
C/O ALL PROPERTY SERVICES
1410 HAWN AVENUE
SHREVEPORT, LA 71107

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
REAL ESTATE LEASE

Is the claim subject to offset?
☒ No
☐ Yes

$63,274.68

**3.127** Nonpriority creditor's name and mailing address

PEACHTREE DEKALB CROSSINGS, LLC
ATTN: JULIO PENARANDA
4166 BUFORD HWY
ATLANTA, GA 30345

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
REAL ESTATE LEASE

Is the claim subject to offset?
☒ No
☐ Yes

$38,881.76

**3.128** Nonpriority creditor's name and mailing address

PHILLIP DERRICK HAMPTON AND HIDDEN ACRES
ADDRESS REDACTED

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
REAL ESTATE LEASE

Is the claim subject to offset?
☒ No
☐ Yes

$7,632.12

Debtor Name     **Benevis, LLC**     Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.129** **Nonpriority creditor's name and mailing address**
PIVOTAL FALL RIVER #1 LLC
C/O KEYPOINT PARTNERS, LLC
ONE BURLINGTON WOODS DRIVE
BURLINGTON, MA 01803

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,215.00

---

**3.130** **Nonpriority creditor's name and mailing address**
PLAZA NORTH INVESTORS, LLC
1825 MAIN STREET
WESTON, FL 33326

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,156.25

---

**3.131** **Nonpriority creditor's name and mailing address**
PLEASANT VALLEY MARKET PLACE, LLC
1777 REISTERSTOWN ROAD SUITE 245
BALTIMORE, MD 21208

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,699.96

---

**3.132** **Nonpriority creditor's name and mailing address**
POE INVESTMENTS, LTD
6501 MONTANA
EL PASO, TX 79925

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,107.00

---

Debtor Name    **Benevis, LLC**                                     Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.133**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:        $61,709.05

POINT CENTER CORPORATION
420 OAKDALE ROAD
ATLANTA, GA 30307

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number         **Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.134**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:        $41,596.52

RACE VENTURE, LTD
3131 TURTLE CREEK BLVD, STE 900
DALLAS, TX 75219

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number         **Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.135**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:        $55,287.72

REALTY INCOME CORPORATION
11995 EL CAMINO REAL
SAN DIEGO, CA 92130

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number         **Is the claim subject to offset?**
- [X] No
- [ ] Yes

**3.136**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:        Unknown

REBECCA MYERS
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Date or dates debt was incurred

Last 4 digits of account number         **Is the claim subject to offset?**
- [X] No
- [ ] Yes

Debtor Name    **Benevis, LLC**                                  Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.137** **Nonpriority creditor's name and mailing address**

REBECCA MYERS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    UNKNOWN

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

REBECCA MYERS (DESTINY MOORMAN)
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

**As of the petition filing date, the claim is:**    Unknown

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

REBECCA MYERS, DESTINY MOORMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**    UNKNOWN

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

REGENCY COMMERCIAL ASSOCIATES LLC
1975 HEMPSTEAD TURNPIKE, SUITE 309
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**    $25,120.84

- [ ] Contingent
- [ ] Unliquidated
- [X] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name   **Benevis, LLC**   Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.141** | **Nonpriority creditor's name and mailing address**

REMO TARTAGLIA ASSOCIATES LLC
477 MAIN ST, STE 212
MONROE, CT 06468

**As of the petition filing date, the claim is:**   $55,435.58

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**

RIVERSIDE REALTY COMPANY
2545 WILKINS AVENUE
BALTIMORE, MD 21223

**As of the petition filing date, the claim is:**   $85,899.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**

ROBERT A PURDEY
ADDRESS REDACTED

**As of the petition filing date, the claim is:**   $6,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**

ROOSEVELT GARDENS SHOPPING CENTER LP
3265 MERIDIAN PARKWAY, SUITE 130
WESTON, FL 33331

**As of the petition filing date, the claim is:**   $57,122.86

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.145**  **Nonpriority creditor's name and mailing address**

ROSLYN FARM CORPORATION
POST OFFICE BOX 727
320C CHARLES H DIMMOCK PKWY
COLONIAL HEIGHTS, VA 23834

**As of the petition filing date, the claim is:**      $47,926.43

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.146**  **Nonpriority creditor's name and mailing address**

RUBLOFF BASHFORD, LLC
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      $78,833.28

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.147**  **Nonpriority creditor's name and mailing address**

SAND CAPITAL VI A LLC
JAMES R A DAWSON ESQ
ONE INDIANA SQ STE 3500
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**      Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.148**  **Nonpriority creditor's name and mailing address**

SAND CAPITAL VI A LLC
10689 N PENNSYLVANIA ST, STE 100
INDIANAPOLIS, IN 46280

**As of the petition filing date, the claim is:**      UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name    **Benevis, LLC**                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.149**  **Nonpriority creditor's name and mailing address**

SAUL SUBSIDIARY I LIMITED PARTNERSHIP
C/O WINDHAM MANAGEMENT COMPANY
7501 WISCONSIN AVENUE SUITE 1500E
BETHESDA, MD 20814-6522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $33,396.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150**  **Nonpriority creditor's name and mailing address**

SAUL SUBSIDIARY I LIMITED PARTNERSHIP
8700 JERICHO CITY DRIVE
BETHESDA, MD 20814-6522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $33,396.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151**  **Nonpriority creditor's name and mailing address**

SAUL SUBSIDIARY I LIMITED PARTNERSHIP
7501 WISCONSIN AVENUE SUITE 1500E
BETHESDA, MD 20814-6522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $33,396.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152**  **Nonpriority creditor's name and mailing address**

SB REALTY LIMITED PARTNERSHIP
100 NORTH FRONT STREET
NEW BEDFORD, MA 02740

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $60,992.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Benevis, LLC**                                          Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<table>
<tr><td></td><td></td><td align="right">Amount of claim</td></tr>
</table>

**3.153**

**Nonpriority creditor's name and mailing address**
SEEHAR AND HUSSAIN RE PARTNERSHIP
P.O. BOX 6182
HERMITAGE, PA 16148-0922

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$44,180.13

---

**3.154**

**Nonpriority creditor's name and mailing address**
SEOK & SONS, LLC
3551 32ND AVE
TEMPLE HILLS, MD 20748

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$44,070.00

---

**3.155**

**Nonpriority creditor's name and mailing address**
SHAFER PLAZA XIV, LTD
C/O LIBERTY BANKERS LIFE
1606 LBJ FREEWAY SUITE 710
DALLAS, TX 75234

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$13,838.87

---

**3.156**

**Nonpriority creditor's name and mailing address**
SHAMIA JOHNSON ( DA'MAYSHIA SCOTT)
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

Debtor Name    **Benevis, LLC**                                              Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.157**   **Nonpriority creditor's name and mailing address**                    Unknown

SHAMIA JOHNSON (ASHANTI JOHNSON)
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           LITIGATION – FOR NOTICE PURPOSES

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                           [✓] No
                                           [ ] Yes

---

**3.158**   **Nonpriority creditor's name and mailing address**                    UNKNOWN

SHAMIA JOHNSON, ASHANTI JOHNSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           PENDING LITIGATION

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                           [✓] No
                                           [ ] Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**                    UNKNOWN

SHAMIA JOHNSON, DA'MAYSHIA SCOTT
ADDRESS REDACTED

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           PENDING LITIGATION

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                           [✓] No
                                           [ ] Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**                    Unknown

SHERMICIA BECKS
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                           LITIGATION – FOR NOTICE PURPOSES

**Last 4 digits of account number**         **Is the claim subject to offset?**
                                           [✓] No
                                           [ ] Yes

---

Debtor Name    **Benevis, LLC**        Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

---

**3.161**

**Nonpriority creditor's name and mailing address**
SHERMICIA BECKS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.162**

**Nonpriority creditor's name and mailing address**
SHREVEPORT WESTWOOD INVESTORS, LLC
C/O LIGHT DEVELOPMENT LLC
9907 E BELL ROAD SUITE 110
SCOTTSDALE, AZ 85260

**As of the petition filing date, the claim is:**      $54,357.03

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**
SIDNEY VIA
C/O JOHN FISHWICK, ESQ
30 FRANKLIN RD SE, STE 700
ROANOKE, VA 24011

**As of the petition filing date, the claim is:**      Unknown

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**
SIDNEY VIA
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Benevis, LLC**                                          Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.165**  **Nonpriority creditor's name and mailing address**

SOUTH STREET PLAZA ASSOCIATES, LLC
619 PALISADE AVENUE
ENGLEWOOD CLIFFS, NJ 07632

As of the petition filing date, the claim is:       $66,711.02

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.166**  **Nonpriority creditor's name and mailing address**

SOUTHBRIDGE STREET, LLC
450 B PARADISE RD, STE 162
SWAMPSCOTT, MA 01907

As of the petition filing date, the claim is:       $42,037.52

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.167**  **Nonpriority creditor's name and mailing address**

SOUTHGATE AUGUSTA SHOPPING CENTER GROUP, LLC
C/O WILMINGTON TRUST
285 DELAWARE AVE 3RD FLOOR, ATTN: PINA ITUZE
BUFFALO, NY 14202-1885

As of the petition filing date, the claim is:       $22,787.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168**  **Nonpriority creditor's name and mailing address**

SOUTHGATE GALLERIA LIMITED PARTNERSHIP
31000 NORTHWESTERN HWY, SUITE200
FARMINGTON HILLS, MI 48334

As of the petition filing date, the claim is:       $23,889.07

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor Name    **Benevis, LLC**    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.169** | **Nonpriority creditor's name and mailing address** | $64,401.21

SOUTHWEST PINNACLE PROPERTIES, INC
7700 W HWY 71, STE 300
AUSTIN, TX 78735

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | $49,234.50

ST FRANCIS ASSOCIATES LTD
C/O ZIFF PROPERTIES, INC
200 WINGO WAY #100
MT. PLEASANT, SC 29464

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | $41,496.82

STURGEON LANDING, LLC
C/O PROVIDENCE GROUP MANAGEMENT
300 WEST SUMMIT AVE ,SUITE 250
CHARLOTTE, NC 28203

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | $86,134.69

SURYA GROUP, LLC
1660 SPRING HOUSE TRAIL
VIRGINIA BEACH, VA 23445

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Benevis, LLC**  Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.173** **Nonpriority creditor's name and mailing address**

TC4500 CASCADE LLC
NEIL P HANSEN
900 MONROE AVE, NW
GRAND RAPIDS, MI 49503

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **Unknown**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

TC4500 CASCADE LLC
THIRD COAST DEVELOPMENT, LLC
P.O. BOX 6685
GRAND RAPIDS, MI 49516

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

TEJAS CENTER, LTD
1700 GEORGE BUSH DR E, STE 240
COLLEGE STATION, TX 77840

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$55,414.46**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

TFG LUFKIN, LP
P.O. BOX 224827
DALLAS, TX 75222-4847

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: **$29,855.20**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Benevis, LLC**    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.177** | **Nonpriority creditor's name and mailing address**

THE ROUSE COMPANIES, LLC
2201 REGENCY RD SUITE 602
LEXINGTON, KY 40503

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$21,447.67

---

**3.178** | **Nonpriority creditor's name and mailing address**

THOR EASTPOINT MALL LLC
2701 N CHARLES STREET, SUITE 404
BALTIMORE, MD 21218

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$69,480.35

---

**3.179** | **Nonpriority creditor's name and mailing address**

TIMBERLAKE SHOPPING CENTER ASSOC, LLC
C/O PEMBROKE COMMERCIAL REALTY
4460 CORPORATION LANE, SUITE 300
VIRGINIA, VA 23462

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$37,170.91

---

**3.180** | **Nonpriority creditor's name and mailing address**

TINA SHEPHARD
ADDRESS REDACTED

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

UNKNOWN

---

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.181**   **Nonpriority creditor's name and mailing address**                          Unknown

TINA SHEPHARD & GEORGETTE WELCH
C/O TOM R PABST, ESQ
2503 S LINDEN RD STE 185
FLINT, MI 48532

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION – FOR NOTICE PURPOSES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.182**   **Nonpriority creditor's name and mailing address**                          $37,565.54

TMW-ETD DEVELOPMENT LLC
COMMERICIAL PROPERTY RESOURCES
13091 POND SPRINGS RD SUITE 350B
AUSTIN, TX 78729

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.183**   **Nonpriority creditor's name and mailing address**                          $33,436.20

TRIANGLE IV, LLLP
36 MIDVALE RD
MOUNTAIN LAKES, NJ 07046

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.184**   **Nonpriority creditor's name and mailing address**                          $26,578.38

TRIFUR PARTNERS, LP
C/O MIMCO
6500 MONTANA
EL PASO, TX 79925

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.185**  **Nonpriority creditor's name and mailing address**

TRT HEB MARKETPLACE, LP
C/O KEYPOINT PARTNERS, LLC
ONE BURLINGTON WOODS DRIVE
BURLINGTON, MA 01803

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$78,482.83

---

**3.186**  **Nonpriority creditor's name and mailing address**

TYLER SOUTHPARK CENTER, LP
P.O. BOX 3449
LONGVIEW, TX 75606

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$64,912.61

---

**3.187**  **Nonpriority creditor's name and mailing address**

UNIVERSITY MALL LLC
P.O. BOX 17318,
3904 HARDY STREET
HATTIESBURG, MS 39404

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$52,044.36

---

**3.188**  **Nonpriority creditor's name and mailing address**

US REGENCY RETAIL L
P.O. BOX 677375
DALLAS, TX 75267-7375

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

Is the claim subject to offset?
☑ No
☐ Yes

$26,982.97

---

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.189**

Nonpriority creditor's name and mailing address

USRP I, LLC
C/O KALIKOW BROS INC
111 BROOK ST
SCARSDALE, NY 10583

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$18,533.17

**3.190**

Nonpriority creditor's name and mailing address

VERDE PASO PARTNERS, LP
C/O MIMCO, INC
6500 MONTANA
EL PASO, TX 79925

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$9,735.00

**3.191**

Nonpriority creditor's name and mailing address

WASHINGTON CORNER, LP
C/O THE BROADBENT CO
117 EAST WASHINGTON STREET SUITE 300
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
REAL ESTATE LEASE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$32,730.68

**3.192**

Nonpriority creditor's name and mailing address

WC3 BP ASSOCIATES, LLC
C/O BIANCO PROPERTIES
680 CRAIG RD SUITE 240
ST LOUIS, MO 63141

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLES

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

Debtor Name  **Benevis, LLC**     Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.193** | **Nonpriority creditor's name and mailing address**

WEST COUNTY REALTY, LTD
22837 VENTURA BLVD, STE 201
WOODLAND HILLS, CA 91364

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,089.67

**Date or dates debt was incurred**

Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.194** | **Nonpriority creditor's name and mailing address**

WESTLAND SHOPPING CENTER, LP
109 NORTHPARK BLVD, STE 300
COVINGTON, LA 70433

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

$52,337.79

**Date or dates debt was incurred**

Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.195** | **Nonpriority creditor's name and mailing address**

WINBROOK MANAGEMENT LLC
370 7TH AVE, STE 1600
NEW YORK, NY 10001

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

$16,296.42

**Date or dates debt was incurred**

Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.196** | **Nonpriority creditor's name and mailing address**

WMG-CCI NORWALK, LLC
C/O WM GRACE DEVELOPMENT CO
6925 E INDIAN SCHOOL ROAD
SCOTTSDALE, AZ 85251

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☒ Disputed

$78,929.26

**Date or dates debt was incurred**

Basis for the claim:
REAL ESTATE LEASE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.197**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $30,162.00

WOODHAVEN ABILENE, LP
3801 OLDHAM LANE
ABILENE, TX 79604

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
☒ No
☐ Yes

**3.198**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $11,598.00

WRI/TEXLA, LLC
500 N AKARD ST, STE 3240
DALLAS, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
☒ No
☐ Yes

**3.199**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $80,748.70

WRSSD LILBURN, LLC
C/O NEWLINK MANAGEMENT GROUP
P.O. BOX 17710
RICHMOND, VA 23226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**       51 of 53

Debtor Name   **Benevis, LLC**                                                                                                  Case number (if known): **20-33922**

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                    $0.00

**5b. Total claims from Part 2**                                    $6,465,090.90

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c                                                  $6,465,090.90

| Debtor Name | **Benevis, LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case number (if known): | **20-33922** |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1058 N. IRISH RD., DAVISON MI | 1058 N IRISH RD, LLC<br>6615 PISA COURT<br>ROCHESTER HILLS, MI 48306 |
| | State the term remaining<br>List the contract number of any government contract | 15 months | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1708 MANHATTAN BLVD. SUITE C, HARVEY LA | 1708 MANHATTAN, LLC<br>C/O JACK STUMPF AND ASSOCIATES, INC<br>1700 CENTRAL BLVD<br>HARVEY, LA 70058 |
| | State the term remaining<br>List the contract number of any government contract | 14 months | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2900 SOUTH COBB DRIVE, SUITE B-2, SMYRNA GA | 2900 SOUTH COBB DRIVE, LLC<br>902 MARIETTA HWY S-300 BOX 102<br>ROSWELL, GA 30075 |
| | State the term remaining<br>List the contract number of any government contract | 39 months | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 53 PERRY STREET, NEWNAN GA | 53 PERRY STREET, LLC<br>P.O. BOX 400<br>NEWNAN, GA 30624 |
| | State the term remaining<br>List the contract number of any government contract | 23 months | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | AOR LETTER - ASSIGNS RESPONSIBILITY FOR ALL TRADITIONAL MEDIA ASSETS, INCLUDING TAPES, CREATIVE, DATA AND ASSOCIATED VENDORS | A. EICOFF & CO<br>401 N MICHIGAN AVE<br>CHICAGO, IL 60611 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 715 CRESCENT STREET, BROCKTON MA | ACADIA CRESCENT PLAZA LLC<br>411 THEODORE FREMD AVE, STE 300<br>RYE, NY 10580 |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4500 CASCADE RD. #107, GRAND RAPIDS MI | ACME VENTURES, LLC<br>P.O. BOX 6685<br>GRAND RAPIDS, MI 19516 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 210 ADDEVALE STREET, GRIFFIN GA | ADDEVALE STREET PROPERTIES, LLC<br>280 COUNTY LINE RD<br>GRIFFIN, GA 30224 |
| | State the term remaining | 17 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL AND ADDITIONAL HR SERVICES | ADP, INC<br>5800 WINDWARD PKWY<br>ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL AND ADDITIONAL HR SERVICES | ADP, INC<br>5801 WINDWARD PKWY<br>ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | BACKGROUND CHECK AND INVESTIGATIVE SERVICES | AEROTEK, INC<br>3225 CUMBERLAND BLVD, STE 450<br>ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | | Case number (if known): **20-33922** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES - GOVERNMENT RELATIONS | ALBERS & CO<br>1655 NORTH FORT MYER DR, STE 700<br>ARLINGTON, VA 22209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER FOR LEGAL ADVICE CONCERNING GA GENERAL EMPLOYMENT MATTERS. | ALSTON & BIRD LLP<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE ST<br>ATLANTA, GA 30309-3424 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 401 SOUTH GLOSTER STREET, TUPELO MS | AMERICAN PROPERTIES COMPANY, LP<br>499 GLOSTER CREEK VILLAGE, STE F9<br>TUPELO, MS 38801 |
| | State the term remaining<br>List the contract number of any government contract | 54 months | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT PROCESSING SERVICES AGREEMENT | APEX PRINT TECHNOLOGIES, LLC<br>100 SOUTH OWASSO BLVD W<br>ST PAUL, MN 55117 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT (ASSIST IN NEGOTIATING PPO RATES WITH PAYORS FOR THE APPLE OFFICES) | APEX REIMBURSEMENT SPECIALISTS<br>2835 SMITH AVE, STE 201<br>BALTIMORE, MD 21209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | ARNALL GOLDEN & GREG<br>171 17TH ST NW, STE 2100<br>ATLANTA, GA 30363 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**                                     Case number (if known): **20-33922**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.18 State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 5495 OLD NATIONAL HIGHWAY, ATLANTA GA** | **ATHENS RE, LTD<br>110 HABERSHAM DR, STE 122<br>FAYETTEVILLE, GA 30214** |
| State the term remaining | 17 months | |
| List the contract number of any government contract | | |
| 2.19 State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2820 LOUISVILLE AVENUE, SUITE 100, MONROE LA** | **AUBURNDALE MONROE LP<br>C/O CARLIN DEVELOPMENT<br>5485 BELTLINE RD, STE 115<br>DALLAS, TX 75254** |
| State the term remaining | 7 months | |
| List the contract number of any government contract | | |
| 2.20 State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE MAINTENANCE AND SOFTWARE UPGRADES** | **AVTEX SOLUTIONS , LLC<br>3500 AMERICAN BLVD W, STE 300<br>BLOOMINGTON, MN 55431** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.21 State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 625 N CARRIER PARKWAY, GRAND PRAIRIE TX** | **BARNES GOODYEAR ENTERPRISES<br>1608 N STATE HWY 161<br>GRAND PRAIRIE, TX 75050** |
| State the term remaining | 15 months | |
| List the contract number of any government contract | | |
| 2.22 State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2103 EAST WALNUT AVENUE, DALTON GA** | **BARRETT FAMILY PARTNERSHIP LLC<br>P.O. BOX 742<br>1515 ABUTMENT RD<br>DALTON, GA 30722** |
| State the term remaining | 13 months | |
| List the contract number of any government contract | | |
| 2.23 State what the contract or lease is for and the nature of the debtor's interest | **02.09.2016 - NOTICE OF NONRENEWAL OF EMPLOYMENT AGREEMENT - ASHKAN ESKANDARI, DMD** | **BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER<br>2030 W BASELINE RD, STE 176<br>PHOENIX, AZ 85041** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor Name  **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - ASSET PURCHASE AGREEMENT - ASHKAN ESKANDARI, DMD | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - ASSIGNMENT AND ASSUMPTION AGREEMENT - ASHKAN ESKANDARI, DMD | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - BILL OF SALE AND ASSIGNMENT - ASHKAN ESKANDARI, DMD | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - CREDIT AND SECURITY AGREEMENT | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - EMPLOYMENT AGREEMENT - ASHKAN ESKANDARI, DMD | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - EQUIPMENT LEASE AGREEMENT | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                        Case number (if known): **20-33922**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - PRACTICE BUSINESS SERCIES AGREEMENT | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | 02.13.2015 - TRANSITION SERVICES AGREEMENT | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | 04.12.2017 - FIRST AMENDMENT TO EMPLOYMENT AGREEMENT - KAMRAN JAFARI, DDS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | 06.28.2016 - NOTICE OF EXERCISE OF OPTION TO PURCHASE SHARES - DALE G. MAYFIELD, DMD | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | 07.06.2016 - EMPLOYMENT AGREEMENT - KAMRAN JAFARI, DDS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | 09.05.2017 - AMENDED PBSA - CHRISTINE NGUYEN FINK, DDS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | 09.05.2017 - BUY-SELL OPTION AGREEMENT - CHRISTINE NGUYEN FINK, DDS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | 09.05.2017 - EMPLOYMNET AGREEMENT - CHRISTINE NGUYEN FINK, DDS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | 09.05.2017 - STOCK POWER - DALE G. MAYFIELD, DMD TO CHRISTINE NGUYEN, DDS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | BASELINE DENTAL, PC, - CHRISTINE NGUYEN FINK, DDS, OWNER 2030 W BASELINE RD, STE 176 PHOENIX, AZ 85041 |
| | State the term remaining List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1301 WINCHESTER ROAD, SUITE 225, LEXINGTON KY | BC WOOD INVESTMENT FUND I, LLC C/O BC WOOD PROPERTIES 1020 INDUSTRY RD, STE 40 LEXINGTON, KY 40505 |
| | State the term remaining List the contract number of any government contract | 21 months | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1601 WALTON DRIVE, WACO TX | BDC PROPERTIES/CONSTRUCTION INC 5000 OVERTON PLZ, STE 300 FORT WORTH, TX 76109 |
| | State the term remaining List the contract number of any government contract | 28 months | |

Debtor Name **Benevis, LLC**

Case number (if known): **20-33922**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3112 NORTH MAIN STREET, ANDERSON SC | BELVEDERE STATION, LLC<br>C/O BIG V PROPERTIES, LLC<br>162 NORTH MAIN ST, STE 5<br>FLORIDA, NY 10921 |
| | State the term remaining | 39 months | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | BENESCH FRIEDLANDER<br>200 PUBLIC SQUARE 2300<br>CLEVELAND, OH 44114-2378 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | 10.07.2019 - RESIGNATION AND STOCK POWER - EMMANUEL AMOAH, DDS | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | 10.14.2019 - NOTICE OF EXERCISE OF OPTION TO PURCHASE SHARES - TU M. TRAN, DDS TO EMMANUEL AMOAH, DDS | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - BILL OF SALE | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - BUY-SELL OPTION AGREEMENT - EMMANUEL AMOAH, DDS AND TU M. TRAN, DDS | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 10.23.2015 - CREDIT AND SECURITY AGREEMENT | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 10.23.2015 - EMPLOYEE SERVICES AGREEMENT | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 10.23.2015 - EMPLOYMENT AGREEMENT -EMMANUEL AMOAH, DDS | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 10.23.2015 - EQUIPMENT LEASE AGREEMENT | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 10.23.2015 - PBSA | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 10.23.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - PROMISSORY NOTE - EMMANUEL AMOAH, DDS | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - PROMISSORY NOTE PAYMENT DIRECTION AND AUTHORIZATION | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - TRANSITION SERVICES AGREEMENT | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | BETHEL DENTAL ASSOCIATES, P.C. - TU M. TRAN, DDS, OWNER<br>1194 BIG BETHEL RD<br>HAMPTON, VA 23666-1906 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 650 N. CARRIAGE PARKWAY, SUITE 60, WICHITA KS | BGK-INTEGRATED MANAGEMENT, LLC FBO<br>11757 KATY FREEWAY, STE 110<br>HOUSTON, TX 77079 |
| | State the term remaining<br>List the contract number of any government contract | 46 months | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2270 VALOR DR. SUITE 105, WINCHESTER VA | BIGGS CORNER WINCHESTER LLC<br>C/O COMMERCIAL REALTY ASSOCIATES<br>1625 POE'S LN<br>CHARLOTTESVILLE, VA 22911 |
| | State the term remaining<br>List the contract number of any government contract | 53 months | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | **CREDIT AGREEMENT** | **BMO HARRIS BANK, N.A**<br>**112 W MONROE ST**<br>**CHICAGO, IL 60604** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES - DC LOBBYIST** | **BOCKORNY GROUP**<br>**1350 I ST NW, STE 800**<br>**WASHINGTON, DC 20005** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 4463 NORTH STATE STREET, JACKSON MS** | **BRC RUSSELLVILLE, LLC**<br>**2967 GRANDVIEW AVE**<br>**ATLANTA, GA 30305** |
| | State the term remaining<br>List the contract number of any government contract | 19 months | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 3227 WEST BLUE RIDGE DRIVE, GREENVILLE SC** | **BRC WESTERN SQUARE LLC**<br>**2967 GRANDVIEW AVE**<br>**ATLANTA, GA 30305** |
| | State the term remaining<br>List the contract number of any government contract | 56 months | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 4400 DORCHESTER ROAD, SUITE 108, CHARLESTON SC** | **BRENTWOOD PLAZA HOLDINGS, LLC**<br>**C/O MALON D MIMMS COMPANY**<br>**ATTN: LEASE ADMINISTRATION**<br>**ROSWELL, GA 30075** |
| | State the term remaining<br>List the contract number of any government contract | 39 months | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1211 WEST BROADWAY, SUITE 106, LOUISVILLE KY** | **BROADWAY PROPERTIES LLC**<br>**9802 BUNSEN WAY**<br>**LOUISVILLE, KY 40299** |
| | State the term remaining<br>List the contract number of any government contract | 36 months | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | LOBBYIST LETTER OF ENGAGEMENT - CONNECTICUT | BROWN RUDNICK LLP<br>ATTN: THOMAS D. RITTER, ESQ<br>601 THIRTEENTH ST, NW, STE 600<br>WASHINGTON, DC 20005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2127 EAST VICTORY DR., SAVANNAH GA | BRUCE REMLER, LLC<br>P.O. BOX 13471<br>SAVANNAH, GA 31416 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 11921 ROCKVILLE PIKE, STE 101, ROCKVILLE MD | BSREP II MONTROSE METRO, LLC<br>P.O. BOX 76000<br>BALTIMORE, MD 21275-6120 |
| | State the term remaining | 35 months | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 213 E. EXPRESSWAY 83, MISSION, TX | B-Y WESTERN VALLEY, LTD<br>4629 MACRO DR<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | 35 months | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 280 MERRIMACK ST. , SUITE E, METHUEN, MA | CAFUA REALTY TRUST XXV, LLC<br>280 MERRIMACK ST<br>METHUEN, MA 01844 |
| | State the term remaining | 67 months | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2035-2037 SE 29TH ST., TOPEKA KS | CALIFORNIA CROSSING, LLC<br>C/O GJ REALTY<br>49 WEST 37TH ST 9TH FLOOR<br>NEW YORK, NY 10018-6257 |
| | State the term remaining | 14 months | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |

<table>
<tr><td colspan="3"><strong>Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | LOBBYIST AGREEMENT | CAPITOL CONSULTANTS, INC<br>ATTN: RICHARD F. DAVIS PRESIDENT<br>P.O. BOX 1763<br>COLUMBIA, SC 29202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING | CAREERBUILDER, LLC<br>13047 COLLECTION CENTER DR<br>CHICAGO, IL 60693-0130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CDW, INC<br>75 TRI STATE INTERNATIONAL<br>LINCOLNSHIRE, IL |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2200 S W S YOUNG DR, KILLEEN TX | CENTRAL SOUTHWEST TEXAS DEVELOPMENT LLC<br>5000 OVERTON PLZ, STE 300<br>FORT WORTH, TX 76109 |
| | State the term remaining<br>List the contract number of any government contract | 47 months | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 110 CONSTON AVENUE, CHRISTIANSBURG VA | CENTRO HERITAGE SPRADLIN FARM LLC<br>C/O BIG V PROPERTIES LLC<br>162 NORTH MAIN ST, STE 5<br>FLORIDA, NY 10921 |
| | State the term remaining<br>List the contract number of any government contract | 41 months | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | NON-STANDARD PRICING CHANGE ORDER | CENTURYLINK COMMUNICATIONS, LLC F/K/A QWEST COMMUNICATIONS CO, LLC<br>930 15TH ST - 3RD FL<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING SERVICE AGREEMENT | CHEWSI - FIRST CIRCLE, INC<br>10 CHARLES ST<br>PROVIDENCE, RI 02904-2249 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3 K MART PLAZA, GREENVILLE SC | CHURCH STREET INC<br>C/O HUGHES DEVELOPMENT CORPORATION<br>P.O. BOX 2567<br>GREENVILLE, SC 29602 |
| | State the term remaining<br>List the contract number of any government contract | 18 months | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5601 N ORACLE RD. , SUITE 121, TUCSON AZ | CITRIN A JAY & BOTTY C<br>5363 E MISSION HILL DR<br>TUCSON, AZ 85718-1813 |
| | State the term remaining<br>List the contract number of any government contract | 25 months | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | CITRIX LEASE | CITRIX<br>851 W CYPRESS CREEK RD<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2222 CLEARVIEW PKWY, METAIRIE LA | CLEARVIEW PALMS SHOPPING CENTER NEW ORLEANS, LA, LP<br>P.O. BOX 93070<br>ROCHESTER, NY 14692 |
| | State the term remaining<br>List the contract number of any government contract | 29 months | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 41781 GARFIELD RD., CLINTON TOWNSHIP, MI | CLINTON HOLDINGS, LLC<br>C/O DAVID TISDALE<br>5657 WEST MAPLE RD<br>WEST BLOOMFIELD, MI 48322 |
| | State the term remaining<br>List the contract number of any government contract | 46 months | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1386 GRAY HIGHWAY, MACON GA** | **COLAPARCHEE PARTNERS LLC**<br>**4124 ARKWRIGHT RD, STE 1**<br>**MACON, GA 31210** |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2165 CUNNINGHAM DRIVE, HAMPTON VA** | **COLISEUM CORNER LIMITED PARTNERSHIP**<br>**11100 WEST BROAD ST**<br>**GLEN ALLEN, VA 23060** |
| | State the term remaining | 54 months | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1021 WEST 5TH AVENUE, GARY, IN** | **COMMUNITY HEALTHNET INC**<br>**1021 WEST 5TH AVE**<br>**GARY, IN 46402** |
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 3701 S. MAIN STREET, ELKHART IN** | **CONCORD MALL PROPERTIES, LTD**<br>**C/O CIII ASSET MANAGEMENT, LLC**<br>**5221 N O'CONNOR BLVD, STE 800**<br>**IRVING, TX 75039** |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS SERVICES AGREEMENT ("BSA") AND SERVICE AGREEMENT** | **CONCUR TECHNOLOGIES, INC**<br>**601 108TH AVE NE, STE 1000**<br>**BELLEVUE, WA 98004** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | **COMMUNICATIONS SERVICE AGREEMENT** | **CONNECTSOUTH, LLC**<br>**3290 NORTHSIDE PKWY NW, STE 675**<br>**ATLANTA, GA 30327** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 531 ELM STREET, NEW HAVEN CT | CORAL NEW HAVEN ASSOCIATES II, LLC<br>230 EDGEWOOD AVE<br>NEW HAVEN, CT 06511 |
| | State the term remaining | 10 months | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | COWAN & LEMMON, LLP<br>111 VETERANS BLVD, STE 1050<br>METAIRIE, LA 70005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO REAL ESTATE BROKER SERVICES AGREEMENT | CRESA GLOBAL, INC<br>3475 PIEDMONT RD, STE 900<br>ATLANTA, GA 30305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE BROKERAGE SERVICES AGREEMENT | CRESA GLOBAL, INC<br>3475 PIEDMONT RD, STE 900<br>ATLANTA, GA 30305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | CT COPORATION, A WOLTERSKLUWER CO<br>P.O. BOX 4349<br>CAROL STREAM, IL 60197-4349 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | DALRYMPLE, SHELLHORSE, ELLIS & DIAMOND, LLP<br>901 S MOPAC EXPY BARTON OAKS<br>PLAZA 1<br>AUSTIN, TX 78746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | 03.20.2017 - AMENDED AND RESTATED PBSA | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | 03.20.2017 - CONTRIBUTION AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | 03.20.2017 - EMPLOYMENT AGREEMENT - ROGER MILLER, DMD | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | 03.20.2017 - PROMISSORY NOTE | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | 03.20.2017 - PROMISSORY NOTE PAYMENT DIRECTION AND AUTHORIZATION | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - ASSET PURCHASE AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                 Case number (if known): **20-33922**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - BUY-SELL OPTION AGREEMENT - ROBERT A. PURDEY, DDS | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER 400 SOUTH THORNTON AVE DALTON, GA 30720 |
| --- | --- | --- | --- |
|  | State the term remaining  List the contract number of any government contract |  |  |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - CREDIT AND SECURITY AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER 400 SOUTH THORNTON AVE DALTON, GA 30720 |
| --- | --- | --- | --- |
|  | State the term remaining  List the contract number of any government contract |  |  |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - EMPLOYEE SERVICES AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER 400 SOUTH THORNTON AVE DALTON, GA 30720 |
| --- | --- | --- | --- |
|  | State the term remaining  List the contract number of any government contract |  |  |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - EMPLOYMENT AGREEMENT - ROBERT A. PURDEY, DDS | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER 400 SOUTH THORNTON AVE DALTON, GA 30720 |
| --- | --- | --- | --- |
|  | State the term remaining  List the contract number of any government contract |  |  |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - EQUIPMENT LEASE AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER 400 SOUTH THORNTON AVE DALTON, GA 30720 |
| --- | --- | --- | --- |
|  | State the term remaining  List the contract number of any government contract |  |  |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - PBSA | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER 400 SOUTH THORNTON AVE DALTON, GA 30720 |
| --- | --- | --- | --- |
|  | State the term remaining  List the contract number of any government contract |  |  |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | 10.30.2015 - TRANSITION SERVICES AGREEMENT | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | DALTON FAMILY DENTISTRY, P.C. - ROGER MILLER, DMD, OWNER<br>400 SOUTH THORNTON AVE<br>DALTON, GA 30720 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | 01.01.2019 - NOTICE OF EXERCISE OF OPTION TO PURCHASE SHARES - | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | 01.01.2019 - WRITTEN ACTION OF THE DIRECTORS OF DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, AS PRESIDENT, SECRETARY AND TREASURER | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | 01.01.2019 - WRITTEN ACTION OF THE SOLE SHAREHOLDER OF DAVISON FAMILY DENTISTRY, PC - DAVID M. VIETH, DDS, AS DIRECTOR | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                          Case number (if known): **20-33922**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | 04.17.2017 - ADMINISTRATIVE SERVICES AGREEMENT - RONALD LEYDER, DDS | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | 04.17.2017 - ASSIGNMENT AND EXERCISE OF BUY-SELL OPTION - DR. LEYDER AND DR. VIETH | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | 04.17.2017 - BUY-SELL OPTION AGREEMENT - DR. LEYDER AND DR. VEITH | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - ASSET PURCHASE AGREEMENT | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - BUY-SELL OPTION AGREEMENT | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - BUY-SELL OPTION AGREEMENT - JOHN W. WILTZ, DDS AND DAVID M. VIETH, DDS | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER<br>1058 N IRISH RD<br>DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - CREDIT AND SECURITY AGREEMENT | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - EMPLOYMENT AGREEMENT - JOHN W. WILZ, DDS | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - EQUIPMENT LEASE AGREEMENT | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - PBSA | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | 10.16.2015 - TRANSITION SERVICES AGREEMENT | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

| | |
|---|---|
| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | DAVISON FAMILY DENTISTRY, P.C. - DAVID M. VIETH, DDS, OWNER 1058 N IRISH RD DAVISON, MI 48423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1580 WESEL BLVD., SUITE D, HAGERSTOWN MD | DDR SOUTHEAST VALLEY PARK, LLC C/O COLLIERS INTERNATIONAL 8601 ROBERT FULTON DR, STE 220 COLUMBIA, MD 21046 |
| | State the term remaining | 57 months | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | DELL COMPUTER LEASE | DELL FINANCIAL SERVICES, LLC ONE DELL WAY ROUND ROCK, TX 78682 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | DELL COMPUTER LEASE | DELL FINANCIAL SERVICES, LLC ONE DELL WAY ROUND ROCK, TX 78682 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER FOR SPECIFIC PERFORMANCE. | DELOITTE & TOUCHE LLP 191 PEACHTREE ST NE, STE 2000 ATLANTA, GA 30303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1900 N. BROADWAY, SUITE #102, BALTIMORE MD | DIAKON LUTHERAN SOCIAL MINISTRIES C/O COMMUNITY REALTY COMPANY, INC 11161 NEW HAMPSHIRE AVE, STE 200 SILVER SPRING, MD 20904 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL CUSTOMER AGREEMENT - DIRECTTV | DIRECTV, LLC<br>ATTN: NATIONAL ACCOUNTS<br>2260 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING AGREEMENT (ONLINE MARKETING CAMPAIGN) | DOCTOR DISTILLERY, LLC<br>1460 4TH ST, STE 304<br>SANTA MONICA, CA 90401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL SIGNATURE APPLICATION | DOCUSIGN, INC<br>221 MAIN ST, STE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1070 ST. JAMES AVENUE SUITE D, SPRINGFIELD MA | DONALD H D'AMOUR & CHARLES L D'AMOUR TRUSTEES OF THE BIG Y TRUST<br>2145 ROOSEVELT AVE<br>P.O. BOX 7840<br>SPRINGFIELD, MA 01102-7840 |
| | State the term remaining<br>List the contract number of any government contract | 34 months | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | DREWRY SIMMONS<br>736 HANOVER PL, STE 200<br>CARMEL, IN 46032 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | DS SERVICES OF AMERICA, INC<br>2300 WINDY RIDGE PKWY, STE 500<br>ATLANTA, GA 30339 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | DUBOIS, BRYANT & C<br>303 COLORADO, STE 2300<br>AUSTIN, TX 78701 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5422 FOREST DRIVE, SUITE 106, COLUMBIA SC | EAST FOREST PLAZA II, LLC<br>C/O GRUBB & ELLIS/WILSON KIBLER<br>1111 LAUREL ST<br>COLUMBIA, SC 29201 |
| | State the term remaining<br>List the contract number of any government contract | 65 months | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 710 ESTES DRIVE, SUITE 105, LONGVIEW TX | ECN PROPERTIES VII, LTD<br>C/O HCI GENERAL CONTRACTORS<br>2001 N LAMAR ST, STE 200<br>DALLAS, TX 75202-1736 |
| | State the term remaining<br>List the contract number of any government contract | 10 months | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | ENVIRONMENTAL WASTE DISPOSAL (DS WATER) | ECOVA, INC, A WASHINGTON CORP<br>1313 N ATLANTIC ST, STE 5000<br>SPOKANE, WA 99201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2650 BEACH BLVD, BILOXI MS | EDGEWATER RETAIL PARTNERS I, LP<br>C/O PRIME FINANCE PARTNERS<br>233 NORTH MICHIGAN AVE, STE 1915<br>CHICAGO, IL 60601 |
| | State the term remaining<br>List the contract number of any government contract | 49 months | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY MASTER SERVICE AGREEMENT | ELITE FACILITY SERVICES<br>5221 ST AUGUSTINE RD<br>JACKSONVILLE, FL 32207 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5130 FAIRBANKS DR., EL PASO TX | EP SIMANA, LP<br>C/O MIMCO<br>6500 MONTANA<br>EL PASO, TX 79925 |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT | ESPRIGAS<br>500 NORTHRIDGE RD, STE 120<br>ATLANTA, GA 30350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 728 WOLCOTT STREET, WATERBURY CT | FAIR OAKS COMMONS, LLC<br>48 EAST OLD COUNTRY RD, STE 203<br>MINEOLA, NY 11501 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - ASSET PURCHASE AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - BILL OF SALE AND ASSIGNMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - BUSINES ASSOCIATE AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - BUY-SELL OPTION AGREMEENT - PHILIP DERRICK HAMPTON, DMD AND TU M. TRAN, DDS | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - EMPLOYMENT AGREEMENT - PHILIP DERRICK HAMPTON, DMD | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - EQUIPMENT LEASE AGREMEENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - HOLDBACK AND EXPENSE AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - LINE OF CREDIT PROMISSORY NOTE | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - PATIENT RECORD ASSIGNMENT AND CUSTODIAN AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - PBSA | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - PROFESSIONAL ASSETS TRANSFER AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - PROFESSIONAL SERVICES AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - TRANSITION EQUIPMENT LEASE AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - TRANSITION PRACTICE BUSINESS SERVICES AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - TRANSITION SECURITY AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | 12.12.2014 - CREDIT AND SECURITY AGREEMENT | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | FAMILY DENTISTRY OF DUBLIN, P.C. - PHILIP DERRICK HAMPTON, DMD<br>2400 BELLEVUE RD, STE 24<br>DUBLIN, GA 31040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5341 ANTOINE DRIVE, HOUSTON, TX | FAV REAL ESTATE VENTURE, LP<br>C/O MOSELEY COMMERCIAL REAL ESTATE<br>4309 CENTER ST<br>HOUSTON, TX 77007 |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | FISHER & PHILLIPS<br>1075 PEACHTREE ST NE, STE 3500<br>ATLANTA, GA 30309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | FORBES LAW GROUP<br>6900 COLLEGE BVD, STE 840<br>OVERLAND PARK, KS 66211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | 01.01.2019 - EMPLOYEE SERVICES AGREEMENT | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>4500 CASCADE RD SE, STE 107<br>GRAND RAPIDS, MI 49546 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | 04.22.2016 - ASSET PURCHASE AGREEMENT | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 4500 CASCADE RD SE, STE 107 GRAND RAPIDS, MI 49546 |
| | State the term remaining List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | 04.22.2016 - BUY-SELL OPTION AGREEMENT | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 4500 CASCADE RD SE, STE 107 GRAND RAPIDS, MI 49546 |
| | State the term remaining List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | 04.22.2016 - EMPLOYMENT AGREEMENT - MARK L. SALHANEY, DDS | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 4500 CASCADE RD SE, STE 107 GRAND RAPIDS, MI 49546 |
| | State the term remaining List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | 04.22.2016 - PBSA | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 4500 CASCADE RD SE, STE 107 GRAND RAPIDS, MI 49546 |
| | State the term remaining List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | 04.22.2016 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 4500 CASCADE RD SE, STE 107 GRAND RAPIDS, MI 49546 |
| | State the term remaining List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | 04.22.2016 - TRANSITION SERVICES AGREEMENT | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 4500 CASCADE RD SE, STE 107 GRAND RAPIDS, MI 49546 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | 12.20.2018 - STOCK POWER - DR. SALHANEY TO DR. VIETH | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>4500 CASCADE RD SE, STE 107<br>GRAND RAPIDS, MI 49546 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | 12.31.2018 - NOTICE OF EXERCISE OF OPTION TO PURCHASE SHARES | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>4500 CASCADE RD SE, STE 107<br>GRAND RAPIDS, MI 49546 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | 12.31.2018 - RESIGNATION - DR. SALHANEY | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>4500 CASCADE RD SE, STE 107<br>GRAND RAPIDS, MI 49546 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | FOREST HILLS DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>4500 CASCADE RD SE, STE 107<br>GRAND RAPIDS, MI 49546 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | LOBBYING | FORT POINT STRATEGIE<br>115 HARVEST LN<br>BRIDGEPORT, MA 2324 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1852 BLUFFTON ROAD, FORT WAYNE IN | FOSTER PARK PROPERTIES, INC<br>70 NE LOOP 410, STE 185<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | 51 months | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 6537 ARLINGTON BLVD, FALLS CHURCH VA | Frank Forte, Fr and Michael L Rottenberg In Their Capacities As Trustees of The M&W Trust and Michael L Rottenberg and Lewis K Kest, In Their Capacities As Trustees of The Walter Diener Residuary Trust 6231 Leesburg Pike, Ste 100 Falls Church, VA 22044 |
| | State the term remaining | 57 months | |
| | List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2450 LAWRENCEVILLE HIGHWAY, SUITE 100, DECATUR GA | FRANKEL 'N STEIN ENTERPRISES, LLC 2450 LAWRENCEVILLE HWY, STE 100 DECATUR, GA 30033 |
| | State the term remaining | 84 months | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING SERVICE AGREEMENT | FUTUREDONTICS, INC 6060 CENTER DR, UNIT 7 LOS ANGELES, CA 90045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING SERVICE AGREEMENT | FUTUREDONTICS, INC DBA 1-800-DENTIST 6060 CENTER DR, UNIT 7 LOS ANGELES, CA 90045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3711 GREGORY STREET, WICHITA FALLS TX | GARY MEHAN/G M PROPERTIES 2006 AVONDALE ST WICHITA FALLS, TX 76308 |
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1923 MARSHA SHARP FREEWAY, STE. 103, LUBBOCK TX | GATEWAY PROPERTIES, LTD 4002 21ST ST LUBBOCK, TX 79410 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

▰ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 406 NORTH FRUITLAND BLVD, SALISBURY MD | GBR CEDAR LN LIMITED LIABILITY COMPANY<br>3 MANHATTANVILLE RD<br>PURCHASE, NY 10577 |
| | State the term remaining | 60 months | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2400 RICHMOND ROAD, SUITE 133, TEXARKANA TX | GC&A CENTRAL MALL PARTNERS, LP<br>C/O KOHAN INVESTMENT GROUP<br>1010 NORTHERN BLVD, STE 212<br>GREAT NECK, NY 11021 |
| | State the term remaining | 31 months | |
| | List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3057 GENTILLY BLVD, NEW ORLEANS LA | GENTILLY, LLC<br>P.O. BOX 311240<br>2501 OAK RUN PKWY<br>NEW BRAUNFELS, TX 78132 |
| | State the term remaining | 42 months | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 105 MYRTLE ST, NEW BRITAIN CT | GEORGE T ABDOW & RONALD J ABDOW<br>TRUSTEES OF THE G&R REALTY TRUST<br>1111 ELM ST, STE 10<br>WEST SPRINGFIELD, MA 01089 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3533 PLANK RD, FREDERICKSBURG VA | GFS REALTY LLC<br>P.O. BOX 202<br>MANAKIN SABOT, VA 23103 |
| | State the term remaining | 37 months | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1840 N LEE TREVINO DRIVE , SUITE 405-407, EL PASO TX | GGIA II LIMITED<br>C/O T-GROUP PROPERTIES LLC<br>9434 VISCOUNT, STE 155<br>EL PASO, TX 79925 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |

Debtor Name **Benevis, LLC**                                          Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.192** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 6667 VERNON WOODS DR. , SUITE B-30, ATLANTA GA | GHL, LLC<br>C/O SKYLINE SEVEN REAL ESTATE, LLC<br>5825 GLENRIDGE DR, BLDG 1, STE 206<br>ATLANTA, GA 30328 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| **2.193** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2030 WEST BASELINE RD. SHOPS A, SUITE 176, PHOENIX AZ | GJ MOUNTAIN, LLC<br>2398 E CAMELBACK RD, STE 550<br>PHOENIX, AZ 85016 |
| | State the term remaining | 51 months | |
| | List the contract number of any government contract | | |
| **2.194** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1090 NORTHCHASE PKWY STE 150, MARIETTA GA | GLASSRATNER MANAGEMENT AND REALTY ADVISORS, LLC<br>C/O CROSSGATE PARNTERS<br>7320 MCGINNIS FERRY RD<br>SUWANNEE, GA 30024 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| **2.195** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1350 CHESTNUT STREET, ORANGEBURG SC | GROVE PARK PROPERTY, LLC<br>C/O WHEELER REAL ESTATE, LLC<br>RIVERSEDGE NORTH<br>2529 VIRGINIA BEACH BLVD, STE 200<br>VIRGINIA BEACH, VA 23452 |
| | State the term remaining | 52 months | |
| | List the contract number of any government contract | | |
| **2.196** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | HALLORAN & SAGE<br>ONE GOODWIN SQUARE<br>225 ASYLUM ST<br>HARTFORD, CT 6103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.197** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | HAMEL MARCIN DUNN<br>24 FEDERAL ST 11TH FL<br>BOSTON, MA 2110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name  **Benevis, LLC**                                    Case number (if known): **20-33922**

▬▬▬ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | REVIEW OF THEIR EXECUTIVE COMPENSATION PROGRAM FOR ITS SENIOR STAFF | HANNA RESOURCE GROUP<br>3229 SUMMIT SQUARE PL, STE 250<br>LEXINGTON, KY 40509 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 10642 DEERBROOK DRIVE, KNOXVILLE TN | HAROLD S SILBER DDS PC<br>1111 NORTHSHORE DR, STE S-700<br>KNOXVILLE, TN 37919 |
| | State the term remaining<br>List the contract number of any government contract | 63 months | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | LOBBYIST - LISA JONES | HARRIS, JONES AND MALONE<br>2423 MD AVE, STE 100<br>BALTIMORE, MD 21218 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1004 N TEXAS BLVD, SUITE B-1, WESLACO TX | HE BUTT STORE PROPERTY COMPANY NO ONE<br>646 S MAIN<br>SAN ANTONIO, TX 78204 |
| | State the term remaining<br>List the contract number of any government contract | 13 months | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2316 S ZAPATA HWY, LAREDO TX | HEB GROCERY COMPANY, LP<br>646 S MAIN<br>SAN ANTONIO, TX 78204 |
| | State the term remaining<br>List the contract number of any government contract | 26 months | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3850 S. NEW BRAUNFELS AVENUE SUITE 101, SAN ANTONIO TX | HEBCO DEVELOPMENT INC<br>P.O. BOX 839955<br>SAN ANTONIO, TX 78283 |
| | State the term remaining<br>List the contract number of any government contract | 39 months | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 8301 INDIANAPOLIS BLVD, HIGHLAND IN** | **HIGHLAND PLAZA IMPROVEMENTS, LLC**<br>**C/O MID-AMERICA ASSET MGMT**<br>**1 PARKVIEW PLZ, 9TH FL**<br>**OAKBROOK TERRACE, IL 60181** |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1447 YORK ROAD, LUTHERVILLE MD** | **HILL MANAGEMENT SERVICES, INC**<br>**9640 DEERCO RD**<br>**TIMONIUM, MD 21093** |
| | State the term remaining | 42 months | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | **STAFFING SERVICES** | **HIRE DYNAMICS**<br>**1845 SATELLITE BLVD, UNIT 100**<br>**DULUTH, GA 30097** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | 01.05.2017 - APPROVED RETIREMENT LETTER | **HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER**<br>**3218 NORTH GRIMES ST**<br>**HOBBS, NM 88240** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | 01.05.2017 - PATIENT NOTIIFICATION | **HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER**<br>**3218 NORTH GRIMES ST**<br>**HOBBS, NM 88240** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | 02.02.2017 - STOCK POWER - DR. SHAW TO DR. MAYFIELD | **HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER**<br>**3218 NORTH GRIMES ST**<br>**HOBBS, NM 88240** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                        Case number (if known): **20-33922**

▆▆▆▆   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | 02.09.2017 - NOTICE OF EXERCISE OF OPTION TO PURCHASE SHARES | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | 02.09.2017 - RECORDS TRANSFER AGREEMENT - DRS. SHAW AND MAYFIELD | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - ASSET PURCHASE AGREEMENT - DR. SHAW | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - BILL OF SALE AND ASSIGNMENT | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - BUSINESS ASSOCIATE ADDENDUM | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - BUY-SELL OPTION AGREEMENT- LYNN C. SHAW, DDS (SHAREHOLDER) AND DR. MAYFIELD (POTENTIAL PURCHAER) | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - CREDIT AND SECURITY AGREEMENT | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER 3218 NORTH GRIMES ST HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - EMPLOYMENT AGREEMENT - LYNN C. SHAW, DDS | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER 3218 NORTH GRIMES ST HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - EQUIPMENT LEASE AGREEMENT | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER 3218 NORTH GRIMES ST HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - PBSA | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER 3218 NORTH GRIMES ST HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER 3218 NORTH GRIMES ST HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | 02.27.2015 - TRANSITION SERVICES AGREEMENT | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER 3218 NORTH GRIMES ST HOBBS, NM 88240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**                                 Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - AMENDED AND RESTATED PBSA | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - BUY-SELL OPTION AGREEMENT - DR. WELCH (SHAREHOLDER) AND DR. MAYFIELD (POTENTIAL PURCHASER) | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - CONTRIBUTION AGREEMENT - ROBERT WELCH, DDS | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - EMPLOYEE SERVICES AGREEMENT | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - EMPLOYMENT AGREEMENT - ROBERT WELCH, DDS | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - PROMISSORY NOTE | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | 04.10.2017 - PROMISSORY NOTE PAYMENT DIRECTION AND AUTHORIZATION | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | 05.17.2017 - STOCK TRANSFER - FROM DR. MAYFIELD TO DR. WELCH | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | 10.07.2019 - NOTICE OF EXERCISE OF OPTION TO PURCHASE SHARES - DR. MAYFIELD | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | 10.07.2019 - NOTICE OF TERMINATION FOR CAUSE - TO DR. WELCH FROM DR. MAYFIELD | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | HOBBS FAMILY DENTAL CARE, PC - DALE G. MAYFIELD, DMD, OWNER<br>3218 NORTH GRIMES ST<br>HOBBS, NM 88240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 529 NORTH VALLEY MILLS DRIVE, WACO TX | HOPPENSTEIN PROPERTIES, INC<br>P.O. BOX 207<br>WACO, TX 76703 |
| | State the term remaining<br>List the contract number of any government contract | 15 months | |

Debtor Name     **Benevis, LLC**                                          Case number (if known): **20-33922**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.234** | State what the contract or lease is for and the nature of the debtor's interest | **BACK-UP AND MIGRATION SERVICES** | **HOSTWAY** 211 W WACKER DR, STE 900 E CHICAGO, IL 60606 |
| | State the term remaining List the contract number of any government contract | | |
| **2.235** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2903 50TH STREET, LUBBOCK TX** | **HSMEP CAPROCK, LP** C/O TEXAS 1ST COMMERCIAL PROPERTY MANAGEMENT, LLC 2009 PORTERFIELD WAY, STE P UPLAND, CA 91786 |
| | State the term remaining List the contract number of any government contract | 33 months | |
| **2.236** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **HUMANADENTAL** 500 W MAIN ST LOUISVILLE, KY 40202 |
| | State the term remaining List the contract number of any government contract | | |
| **2.237** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 3455 GOVERNMENT STREET, BATON ROUGE LA** | **HWY 23, LLC** 817 BOCAGE LN MANDEVILLE, LA 70471 |
| | State the term remaining List the contract number of any government contract | 63 months | |
| **2.238** | State what the contract or lease is for and the nature of the debtor's interest | **IT** | **INAP** 250 WILLIAMS ST, STE E-100 ATLANTA, GA 30303 |
| | State the term remaining List the contract number of any government contract | | |
| **2.239** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 14346 WARWICK BOULEVARD, SUITE 420, NEWPORT NEWS VA** | **INLAND MID-ATLANTIC MANAGEMENT, LLC & INLAND SOUTHEAST DENBIGH VILLAGE, LLC** C/O COLLIERS INTERNATIONAL P.O. BOX 13470 RICHMOND, VA 23225 |
| | State the term remaining List the contract number of any government contract | 18 months | |

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | ON-DEMAND CLOUD BASED COMMUNICATION | INTELEPEER<br>177 BOVET RD, STE 400<br>SAN MATEO, CA 94402 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2210 BELL STREET, AMARILLO TX | INTERSTATE VILLAGE JOINT VENTURE<br>C/O FIMC<br>1619 S TYLER<br>AMARILLO, TX 79102 |
| | State the term remaining<br>List the contract number of any government contract | 11 months | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | IT | IVISION<br>1430 W PEACHTREE ST NW, STE 425<br>ATLANTA, GA 30309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | JACKSON LEWIS P.C.<br>1133 WCHESTER AVE, STE S125<br>WEST HARRISON, NY 10604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5900 E VIRGINIA BEACH BLVD STE 70, NORFOLK VA | JANAF SHOPPING CENTER LLC<br>P.O. BOX 714775<br>CINCINNATI, OH 45271-4775 |
| | State the term remaining<br>List the contract number of any government contract | 64 months | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4315 COMMERCE DRIVE STE 310, LAFAYETTE IN | JDN REAL ESTATE – WEST LAFAYETTE, LP<br>10689 N PENNSYLVANIA ST, STE 100<br>INDIANAPOLIS, IN 46280 |
| | State the term remaining<br>List the contract number of any government contract | 13 months | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3403 RIVERS EDGE TRAIL, KINGWOOD TX | JJLG PA, LLC<br>DR JAMES GALLAGHER<br>24 GREENS EDGE DR<br>KINGWOOD, TX 77339 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 37 months | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | JONES, SKELTON & HOCHULI, P.L.C.<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ 85004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4458 JONESBORO ROAD, FOREST PARK GA | JOSEPH A NUNAN, AS TRUSTEE OF THE RESIDUARY TRUST UNDER THE WILL OF JOSEPH CARLTON NUNAN, DECEASED<br>4311 WEST LOVERS LN, STE 100<br>DALLAS, TX 75209 |
| | State the term remaining<br>List the contract number of any government contract | 30 months | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4301 SUITE A STATE AVENUE, KANSAS CITY KS | KC DENTAL INVESTORS, LLC<br>C/O ASSET MANAGEMENT GROUP<br>5600 W 95TH ST, STE 307<br>OVERLAND PARK, KS 66207 |
| | State the term remaining<br>List the contract number of any government contract | 105 months | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2248 E. 53RD STREET, INDIANAPOLIS IN | KEYSTONE PLAZA ASSOCIATES AND NCDR, LLC<br>C/O CBRE, INC<br>8888 KEYSTONE CROSSING, STE 1000<br>INDIANAPOLIS, IN 46240 |
| | State the term remaining<br>List the contract number of any government contract | 62 months | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3658 EAST STREET, INDIANAPOLIS IN | KIMCO NORTH TRUST II<br>C/O MATHIAS DEUTSCH<br>P.O. BOX 1575<br>LAKEWOOD, NJ 08701 |
| | State the term remaining<br>List the contract number of any government contract | 61 months | |

Debtor Name  **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | KINNEY SERVICES INC KCHECKS<br>3 TALLOW WOOD DR, STE G<br>CLIFTON PARK, NY 12065 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | 01.31.2020 - ADMINISTRATIVE SERVICES AGREEMENT - DR. HARMON | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | 01.31.2020 - ASSIGNMENT AND EXERCISE OF BUY-SELL OPTION AGREEMETN - DR. VIETH (ASSIGNOR) AND MATT HARMON, DMD (ASSIGNEE) AND HAROLD S. SILBER, DDS (SHAREHOLDER) | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | 01.31.2020 - BUY-SELL OPTION AGREEMENT - MATT HARMON, DMD (SHAREHOLDER) AND DR. VIETH (POTENTIAL PURCHASER) | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - ASSET PURCHASE AGREEMENT - HAROLD S. SILBER, DDS | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - BUY-SELL OPTION AGREMENT - DR. SILBER AND DR. VIETH | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - CREDIT AND SECURITY AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - EMPLOYMEE SERVICES AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - EMPLOYMENT AGREEMENT - HAROLD S. SILBER, DDS | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - EQUIPMENT LEAES AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - LEASE AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - PBSA | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - SUBLEASE AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | 10.23.2015 - TRANSITION SERVICES AGREEMENT | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | KNOXVILLE COSMETIC AND FAMILY DENTISTRY, P.C.  - MATT HARMON, DMD, OWNER<br>10642 DEERBROOK DR<br>KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | LOBBYIST | KRIEG DEVAULT LLP<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 6 WESTSIDE SHOPPING CENTER, GRETNA LA | LAKE CHARLES PC, LP<br>900 TOWN & COUNTRY LN, STE 210<br>HOUSTON, TX 77024 |
| | State the term remaining<br>List the contract number of any government contract | 31 months | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.270** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT FOR INTERPRETERS** | **LANGUAGELINE SOLUTIONS**<br>**1 LOWER RAGSDALE DR**<br>**BLDG. 2**<br>**MONTEREY, CA 933940** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.271** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1299 RUSSELL PARKWAY, WARNER ROBBINS GA** | **LAURA C KOCH, DMD**<br>**1299 RUSSELL PKWY**<br>**WARNER ROBBINS, GA 31088** |
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | |
| **2.272** | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION** | **LAW 360 AKA PORTFOLIO MEDIA, INC**<br>**111 W 19TH ST, 5TH FL**<br>**NEW YORK, NY 10011** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.273** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 432 SOUTH BIBB AVENUE, SUITE 300, EAGLE PASS TX** | **LCG EAGLE PASS 2004, LP**<br>**3109 N ST MARY'S ST**<br>**SAN ANTONIO, TX 78212** |
| | State the term remaining | 13 months | |
| | List the contract number of any government contract | | |
| **2.274** | State what the contract or lease is for and the nature of the debtor's interest | **MARKETING SERVICE AGREEMENT** | **LEADSPEND, INC**<br>**52 SHERWOOD DR**<br>**LARCHMONT, NY 10538** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.275** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 5700 RITCHIE HWY, BROOKLYN MD** | **LERU COMPANY**<br>**450 7TH AVE**<br>**NEW YORK, NY 10123** |
| | State the term remaining | 54 months | |
| | List the contract number of any government contract | | |

Debtor Name     **Benevis, LLC**                                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.276** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1121 BROAD STREET, SUITE 46, SUMTER SC | LIBBY WESMARK ENTERPRISES LLC C/O SELECT STRATEGIES 202 S MAIN ST UNIT J GRAHAM, NC 27253 |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | | |
| **2.277** | State what the contract or lease is for and the nature of the debtor's interest | ADVISORY SERVICES AGREEMENT (401(K) RETIREMENT SAVINGS PLAN) AND CONSULTING SERVICES AGREEMENT FOR HEALTH BENEFITS AND BAA | LOCKTON INVESTMENT ADVISORS, LLC AKA SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC 3280 PEACHTREE RD NE, STE 250 ATLANTA, GA 30305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.278** | State what the contract or lease is for and the nature of the debtor's interest | SOW - DIGITAL ADVERTISING AGENCY | LOOK LISTEN CREATIVE, LLC 1737 ELLSWORTH INDUSTRIAL BLVD NW, STE B-1 ATLANTA, GA 30318 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.279** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 724 WEST MAIN ST. SUITE 316, LEWISVILLE, TX | LRIC LEWISVILLE, LP P.O. BOX 660394 DALLAS, TX 75266-0394 |
| | State the term remaining | 63 months | |
| | List the contract number of any government contract | | |
| **2.280** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3218 NORTH GRIMES ST., HOBBS NM | LYNN C SHAW 3662 REFLECTIONS LN LAS CRUCES, NM 88011 |
| | State the term remaining | 55 months | |
| | List the contract number of any government contract | | |
| **2.281** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 124 WEST MLKING JR. DR., HINESVILLE GA | LYON REALTY GROUP LLC 337 HIDDEN COVE DR RICHMOND HILL, GA 31324 |
| | State the term remaining | 61 months | |
| | List the contract number of any government contract | | |

Debtor Name  **Benevis, LLC**                                    Case number (if known): **20-33922**

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1536 EISENHOWER PARKWAY, MACON GA | MACON PLAZA, LLC C/O SAFEWAY GROUP, INC 6961 PEACHTREE INDUSTRIAL BLVD, STE 101 NORCROSS, GA 30092 |
| | State the term remaining | 41 months | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | 03.29.2017 - FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | 04.17.2019 - EMPLOYMENT AGREEMENT - JENNIFER BANQUER, DDS | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | 04.20.2016 - NOTICE TO TERMINATE - GRIFFITH LEWIS, DDS | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | 04.21.2017 - SECOND AMENDMENT TO LICENSE AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | 05.01.2019 - ASSIGNMENT AND EXERCISE OF BUY-SELL OPTION AGREEMENT - DR. VIETH (ASSIGNOR), JENNIFER L. BANQUER, DDS (ASSIGNEE) AND DIMETRY B. COSSICH, DDS (SHAREHOLDER) | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | **09.25.2015 - ASSET PURCHASE AGREEMENT - DIMETRY B. COSSICH, DDS** | **MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - DIMETRY B. COSSICH, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | **09.25.2015 - ASSIGNMENT AND ASSUMPTION AGREEMENT** | **MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | **09.25.2015 - BUY-SELL OPTION AGREEMENT - DR. COSSICH (SHAREHOLDER) AND DR. VIETH (POTENTIAL PURCHASER)** | **MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | **09.25.2015 - CREDIT AND SECURITY AGREEMENT** | **MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | **09.25.2015 - EMPLOYEE SERVICES AGREEMENT** | **MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | **09.25.2015 - EMPLOYMENT AGREEMENT - DIMETRY B. COSSICH, DDS** | **MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - EMPLOYMENT AGREEMENT - GRIFFITH LEWIS, DMD | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - EQUIPMENT AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - FIRST AMENDMETN TO LICENSE AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - LICENSE AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - ORTHODONTIC PROVIDER AGREEMENT - JOSEPH ASERCION, DOD, APDC | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - PBSA | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - SUBSCRIPTON OFFER | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | 09.25.2015 - TRANSITION SERVICES AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | 12.18.2015 - EMPLOYEE SERVICES AGREEMENT | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | MANHATTAN BOULEVARD DENTAL ASSOCIATES, A PROF. CORP. - JENNIFER BANQUER, DDS 10642 DEERBROOK DR KNOXVILLE, TN 37922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL CALL MARKETPLACE - LOOK LISTEN MARKETING SERVICES | MARCHEX SALES, LLC 520 PIKE ST, STE 2000 SEATTLE, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 6084 SAM SNEAD HIGHWAY, HOT SPRINGS VA | MARTIN J DIAMOND AND KAREN DIAMOND<br>22815 SAM SNEAD HWY<br>WARM SPRINGS, VA 24484 |
| | State the term remaining | 14 months | |
| | List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1531 MARYLAND AVENUE, WASHINGTON DC | MARYLAND CROSSING, LLC<br>C/O AAC MANAGEMENT CORP<br>150 EAST 58TH ST, 4TH FL<br>NEW YORK, NY 10155 |
| | State the term remaining | 14 months | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2181 WASHINGTON STREET, SUITE 101, ROXBURY MA | MAYO FIVE, LLC<br>C/O ADVANCED REALTY<br>50 FRANKLIN ST, STE 400<br>BOSTON, MA 02110 |
| | State the term remaining | 65 months | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1000 NO. MIDKIFF RD. , SUITE B-6, MIDLAND TX | MESA CENTERS, LLC<br>C/O QUICK & COMPANY<br>606 W 12TH ST<br>AUSTIN, TX 78701 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1888 MAIN STREET, SUITE 7, HARTFORD CT | METRO CENTER NE, LLC<br>C/O NORTHEAST RETAIL LEASING<br>360 BLOOMFIELD AVE, STE 208<br>WINDSOR, CT 06095 |
| | State the term remaining | 26 months | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICE AGREEEMENT | METTEL<br>55 WATER ST, 32ND FL<br>NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name  **Benevis, LLC**                                    Case number (if known): **20-33922**

████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | MEUNIER ET.AL<br>999 PEACHTREE ST NE, STE 1300<br>ATLANTA, GA 30309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | IT | MIMECAST<br>191 SPRING ST<br>LEXINGTON, MA 2421 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | MORGAN LEWIS<br>1701 MARKET ST<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES - GOVERNMENT RELATIONS | MULTISTATE ASSOCIATES, INC<br>515 KING ST, STE 300<br>ALEXANDRIA, VA 22314 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5504 E. 22ND STREET, SUITE 140, TUCSON AZ | MVL INVESTMENTS, LLC<br>C/O DAVID<br>1828 MAIN ST<br>HUNINGTON BEACH, CA 92648 |
| | State the term remaining<br>List the contract number of any government contract | 18 months | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | 04.08.2016 - EMPLOYEE SERVICES AGREEMENT | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name  **Benevis, LLC**                                  Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - ASSET PURCHASE AGREEMENT - KARRY B. BARNES, DDS | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER 625 N CARRIER PKWY GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - BILL OF SALE AND ASSIGNMENT | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER 625 N CARRIER PKWY GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - BUY-SELL OPTION AGREEMENT - DR. BARNES (SHAREHOLDER) AND DR. MAYFIELD (POTENTIAL PURCHASER) | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER 625 N CARRIER PKWY GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - CREDIT AND SECURITY AGREEMENT | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER 625 N CARRIER PKWY GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - EQUIPMENT LEASE | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER 625 N CARRIER PKWY GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - PATIENT RECORD ASSIGNMENT AND CUSTODIAN AGREMENT | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER 625 N CARRIER PKWY GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | | Case number (if known): **20-33922** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - PBSA | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | 10.31.2014 - PROFESSIONAL ASSETS TRANSFER AGREEMENT | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | 11.28.2016 - AMENDED AND RESTATED PBSA | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | 11.28.2016 - ASSIGNMENT AND EXERCISE OF BUY-SELL OPTION AGREEMENT - DR. MAYFIELD (ASSIGNOR), THALIA SHIRLEY, DDS (ASSIGNEE) AND KARRY B. BARNES, DDS (SHAREHOLDER) | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | 11.28.2016 - BUY-SELL OPTION AGREEMENT - DR. SHIRLEY (SHAREHOLDER) AND DR. MAYFIELD (POTENTIAL PURCHASER) | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | 11.28.2016 - CONTRIBUTION AGREEMENT | N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER<br>625 N CARRIER PKWY<br>GRAND PRAIRIE, TX 75050-5463 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **11.28.2016 - EMPLOYEE SERVICES AGREEMENT** | **N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER**<br>**625 N CARRIER PKWY**<br>**GRAND PRAIRIE, TX 75050-5463** |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **11.28.2016 - EMPLOYMENT AGREEMENT - THALIA SHIRLEY, DDS** | **N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER**<br>**625 N CARRIER PKWY**<br>**GRAND PRAIRIE, TX 75050-5463** |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **11.28.2016 - PROMISSORY NOTE** | **N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER**<br>**625 N CARRIER PKWY**<br>**GRAND PRAIRIE, TX 75050-5463** |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **11.28.2016 - PROMISSORY NOTE AUTHORIZATION** | **N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER**<br>**625 N CARRIER PKWY**<br>**GRAND PRAIRIE, TX 75050-5463** |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **11.28.2016 - RECORDS TRANSFER AGREEMENT - DR. BARNES AND DR. SHIRLEY** | **N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER**<br>**625 N CARRIER PKWY**<br>**GRAND PRAIRIE, TX 75050-5463** |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PBSA & RELATED AGREEMENTS** | **N. CARRIER PARKWAY, PC  - THALIA SHIRLEY, DDS, OWNER**<br>**625 N CARRIER PKWY**<br>**GRAND PRAIRIE, TX 75050-5463** |

Debtor Name **Benevis, LLC**

Case number (if known): **20-33922**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.336** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2990 SOUTH SIXTH AVENUE, TUCSON AZ** | **NAZY HIRANI**<br>**4122 WEST VENUS WAY, STE A**<br>**CHANDLER, AZ 85226** |
| | State the term remaining | 60 months | |
| | List the contract number of any government contract | | |
| **2.337** | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES** | **NELSON MULLINS RILEY**<br>**1320 MAIN ST 17TH FL**<br>**COLUMBIA, SC 29201** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.338** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 651 HIGHWAY 28BYP, ANDERSON, SC** | **NEW MARKET - ANDERSON LLC**<br>**C/O JONES LANG LASALLE AMERICAS, INC**<br>**RETAIL OPEN AIR DIV**<br>**6365 HALCYON WAY, STE 970**<br>**ALPHARETTA, GA 30005** |
| | State the term remaining | 92 months | |
| | List the contract number of any government contract | | |
| **2.339** | State what the contract or lease is for and the nature of the debtor's interest | **CREDIT AGREEMENT** | **NEW MOUNTAIN FINANCE CORP**<br>**789 7TH AVE, 48TH FL**<br>**NEW YORK, NY 10021** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.340** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1720 CRAIN HIGHWAY SUITE 103/104, GLEN BURNIE MD** | **NORTH COUNTY CORPORATION**<br>**300 HOSPITAL DR, STE 212**<br>**GLEN BURNIE, MD 21061** |
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | |
| **2.341** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2539 JUDSON ROAD, LONGVIEW TX** | **NORTH LOOP PARTNERS, LTD**<br>**C/O CONNECTED MANAGEMENT SERVICES**<br>**2525 MCKINNON, STE 700**<br>**DALLAS, TX 75201** |
| | State the term remaining | 18 months | |
| | List the contract number of any government contract | | |

Debtor Name **Benevis, LLC**                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | 02.15. 2016 - PROMISSORY NOTE | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | 02.15.2016 - AMENDED AND RESTATED PBSA | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | 02.15.2016 - ASSIGNMENT AND EXERCISE OF BUY-SELL OPTION AGREEMENT - DR. VIETH (ASSIGNOR), RONALD LEYDER, DDS (ASSIGNEE), AND RYAN T. BRUNWORTH, DDS (SHAREHOLDER) | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | 02.15.2016 - BUY-SELL OPTION AGREEMENT - RONALD LEYDER, DDS (SHAREHOLDER) AND DR. VIETH (POTENTIAL PURCHASER) | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | 02.15.2016 - CONTRIBUTION AGREEMENT | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | 02.15.2016 - EMPLOYER AGREEMENT - RONALD LEYDER, DDS | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                          Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | 02.15.2016 - PROMISSORY NOTE PAYMENT DIRECTION AND AUTHORIZATION | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER 837 SEMINOLE RD, STE 100 NORTON SHORES, MI 49441-6734 |
| | State the term remaining List the contract number of any government contract | | |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | 05.08..2015 - BUY-SELL OPTION AGREEMENT - RYAN T. BRUNWORTH, DDS (SHAREHOLDER) AND DR. VIETH (POTENTIAL PURCHASER) | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER 837 SEMINOLE RD, STE 100 NORTON SHORES, MI 49441-6734 |
| | State the term remaining List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - ASSET PURCHASE AGREEMENT | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER 837 SEMINOLE RD, STE 100 NORTON SHORES, MI 49441-6734 |
| | State the term remaining List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - BILL OF SALE | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER 837 SEMINOLE RD, STE 100 NORTON SHORES, MI 49441-6734 |
| | State the term remaining List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - CREDIT AND SECURITY AGREEMENT | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER 837 SEMINOLE RD, STE 100 NORTON SHORES, MI 49441-6734 |
| | State the term remaining List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - EMPLOYMENT AGREEMENT - RYAN T. BRUNWORTH, DDS | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER 837 SEMINOLE RD, STE 100 NORTON SHORES, MI 49441-6734 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - EQUIPMENT LEASE AGREEMENT | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - FIRPTA | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - LINE OF CREDIT PROMISSORY NOTE | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - PBSA | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | 05.08.2015 - TRANSITION SERVICES AGREEMENT | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | NORTON SHORES DENTAL, PC - DAVID M. VIETH, DDS, OWNER<br>837 SEMINOLE RD, STE 100<br>NORTON SHORES, MI 49441-6734 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 837 SEMINOLE RD. SUITE 1, NORTON SHORES MI | NORTON SHORES PROFESSIONAL CENTRE, LLC<br>ATTN: BRUCE BOURDON<br>3597 HENRY ST, STE 200<br>MUSKEGON, MI 49441 |
| | State the term remaining | 41 months | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | IT | ONELOGIN<br>848 BATTERY ST<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | ORACLE CLOUD SERVICES AGREEMENT (ORDER FORM) | ORACLE AMERICA, INC<br>500 ORACLE PKWY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | INTERPRETING SERVICES AGREEMENT | PACIFIC INTERPRETERS<br>707 SW WASHINGTON, STE 200<br>PORTLAND, OR 97205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1096 REVERE BEACH PKWY, CHELSEA MA | PARKWAY PLAZA VENTURE, LLC<br>C/O FEDERAL REALTY INVESTMENT TRUST 211-2110<br>P.O. BOX 8500-9320<br>PHILADELPHIA, PA 19178-9320 |
| | State the term remaining | 50 months | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2001 NE EVANGELINE THRUWAY, SUITE 3, LAFAYETTE LA | PARKWAY PLAZA, LLC<br>500 N AKARD ST, STE 3240<br>DALLAS, TX 75201 |
| | State the term remaining | 47 months | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4173 PATTERSON AVENUE, BALTIMORE MD | PATTERSON VILLAGE LLLP<br>C/O SHOPPING CENTER MGMT CO, INC<br>1829 REISTERSTOWN RD, STE 440<br>BALTIMORE, MD 21208 |
| | State the term remaining | 15 months | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4740 CONNECTICUT AVE NW, WASHINGTON DC | PAUL M KRAINSON<br>7710 WOODMONT AVE, UNIT 701<br>BETHESDA, MD 20814 |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 9018 MANSFIELD RD, SHREVEPORT LA | PDQ SOUTHPARK LLC<br>C/O ALL PROPERTY SERVICES<br>1410 HAWN AVE<br>SHREVEPORT, LA 71107 |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4054 BUFORD HIGHWAY NE, ATLANTA GA | PEACHTREE DEKALB CROSSINGS, LLC<br>ATTN: JULIO PENARANDA<br>4166 BUFORD HWY<br>ATLANTA, GA 30345 |
| | State the term remaining | 64 months | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2400 BELLEVUE RD. #24, DUBLIN GA | PHILLIP DERRICK HAMPTON AND HIDDEN ACRES<br>P.O. BOX 16504<br>DUBLIN, GA 31021 |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 933 PLEASANT STREET, SUITE 102-103, FALL RIVER MA | PIVOTAL FALL RIVER #1 LLC<br>C/O KEYPOINT PARTNERS, LLC<br>1 BURLINGTON WOODS DR<br>BURLINGTON, MA 01803 |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1800 FORT HARRISON ROAD, TERRE HAUTE IN | PLAZA NORTH INVESTORS, LLC<br>1825 MAIN ST<br>WESTON, FL 33326 |
| | State the term remaining | 52 months | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2025 S PLEASANT VALLEY, WINCHESTER VA | PLEASANT VALLEY MARKET PLACE, LLC<br>1777 REISTERSTOWN RD, STE 245<br>BALTIMORE, MD 21208 |
| | State the term remaining | 63 months | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 6065 MONTANA AVENUE, SUITES B-5, EL PASO TX | POE INVESTMENTS, LTD<br>6501 MONTANA<br>EL PASO, TX 79925 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1756 CANDLER ROAD, DECATUR GA | POINT CENTER CORPORATION<br>420 OAKDALE RD<br>ATLANTA, GA 30307 |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES - LAW 360 SUBSCRIPTION | PORTFOLIO MEDIA<br>111 W 19TH ST, 5TH FL<br>NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                      Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULING SERVICE | PRESIDIO<br>ONE PENN PLAZA, STE 2832<br>NEW YORK, NY 10119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT | PRESTIGE STAFFING, LLC<br>8010 ROSWELL RD, STE 330<br>ATLANTA, GA 30350 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | QWEST COMMUNICATIONS CORP<br>1801 CALIFORNIA ST, STE 900<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3840 ALDINE MAIL RT., HOUSTON TX | RACE VENTURE, LTD<br>3131 TURTLE CREEK BLVD, STE 900<br>DALLAS, TX 75219 |
| | State the term remaining<br>List the contract number of any government contract | 37 months | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | RAPIDSCALE, INC<br>17872 GILLETTE AVE, STE 450<br>IRVINE, CA 92614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1194 BIG BETHEL ROAD, HAMPTON VA | REALTY INCOME CORPORATION<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |
| | State the term remaining<br>List the contract number of any government contract | 22 months | |

| Debtor Name | **Benevis, LLC** | | Case number (if known): **20-33922** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 101 AUSTIN BLVD, SUITE 100, RED OAK TX | RED OAK OFFICE SPACE, LLC<br>133 ROYAL CT<br>WOODWAY, TX 76712 |
| | State the term remaining<br>List the contract number of any government contract | 20 months | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | REES BROOME, PC<br>1900 GALLOWS RD, STE 700<br>TYSONS CORNER, VA 22182 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 400 DIAMOND AVENUE EAST, EVANSVILLE IN | REGENCY COMMERCIAL ASSOCIATES LLC<br>1975 HEMPSTEAD TURNPIKE, STE 309<br>EAST MEADOW, NY 11554 |
| | State the term remaining<br>List the contract number of any government contract | 16 months | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE SUPPLIES | REGENCY OFFICE PRODUCTS, LLC<br>8024 GLENWOOD AVE, STE 200<br>RALEIGH, NC 27612 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 144 BOSTON AVE, BRIDGEPORT CT | REMO TARTAGLIA ASSOCIATES LLC<br>477 MAIN ST, STE 212<br>MONROE, CT 06468 |
| | State the term remaining<br>List the contract number of any government contract | 20 months | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1000 E. CAMPBELL RD. SUITE 116, RICHARDSON TX | RICHARDSON TECH VILLAGE, LLC<br>411 E CLINTON AVE<br>ATHENS, TX 75751 |
| | State the term remaining<br>List the contract number of any government contract | 57 months | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.390** | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES** | **RIGGS & RAY**<br>506 W 14TH ST, STE A<br>AUSTIN, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.391** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2429 FREDERICK AVENUE, BALTIMORE MD** | **RIVERSIDE REALTY COMPANY**<br>2545 WILKINS AVE<br>BALTIMORE, MD 21223 |
| | State the term remaining | 13 months | |
| | List the contract number of any government contract | | |
| **2.392** | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES** | **ROBBINS, ROSS ET AL**<br>500 14TH ST NW<br>ATLANTA, GA 30318 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.393** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 400 S. THORNTON AVE, DALTON GA** | **ROBERT A PURDEY**<br>7260 W AZURE DR, STE 140-906<br>LAS VEGAS, NV 89130 |
| | State the term remaining | 41 months | |
| | List the contract number of any government contract | | |
| **2.394** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2338 EAST LITTLE CREEK ROAD, NORFOLK VA** | **ROOSEVELT GARDENS SHOPPING CENTER LP**<br>3265 MERIDIAN PARKWAY, STE 130<br>WESTON, FL 33331 |
| | State the term remaining | 15 months | |
| | List the contract number of any government contract | | |
| **2.395** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 400 SOUTHPARK BOULEVARD, SUITE C, COLONIAL HEIGHTS VA** | **ROSLYN FARM CORPORATION**<br>P.O. BOX 727<br>320C CHARLES H DIMMOCK PKWY<br>COLONIAL HEIGHTS, VA 23834 |
| | State the term remaining | 20 months | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3510 BARDSTOWN ROAD, LOUISVILLE KY | RUBLOFF BASHFORD, LLC<br>P.O. BOX 390604<br>MOUNTAIN VIEW, CA 94039 |
| | State the term remaining | 20 months | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FOR PPE | SAFEDIVIDERS.COM<br>3645 CLEARVIEW PKWY<br>DORAVILLE, GA 30340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4722 N SOUTHSIDE PLAZA, SUITE 24, RICHMOND VA | SAUL SUBSIDIARY I LIMITED PARTNERSHIP<br>C/O WINDHAM MANAGEMENT COMPANY<br>7501 WISCONSIN AVE, STE 1500E<br>BETHESDA, MD 20814-6522 |
| | State the term remaining | 31 months | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 6471 MARLBORO PIKE, DISTRICT HEIGHTS MD | SAUL SUBSIDIARY I LIMITED PARTNERSHIP<br>8700 JERICHO CITY DR<br>LANDOVER, MD 20785 |
| | State the term remaining | 59 months | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1147 UNIVERSITY BLVD E, TAKOMA PARK MD | SAUL SUBSIDIARY I LIMITED PARTNERSHIP<br>7501 WISCONSIN AVE, STE 1500E<br>BETHESDA, MD 20814 |
| | State the term remaining | 60 months | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 137 HATHAWAY ROAD, NEW BEDFORD MA | SB REALTY LIMITED PARTNERSHIP<br>100 NORTH FRONT ST<br>NEW BEDFORD, MA 02740 |
| | State the term remaining | 13 months | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                  Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.402** | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC AFFAIRS COUNSEL. SPECIFIC FOCUS INCLUDES: PUBLIC AFFAIRS STRATEGY AND SUPPORT, STATE MEDIA SUPPORT AND POSITIONING, BRAND MANAGEMENT AND MESSAGE CONSISTENCY | SCHMIDT PUBLIC AFFAIRS, LLC<br>917 PRINCE ST<br>ALEXANDRIA, VA 22314 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.403** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | SEDADENT ANESTHESIA SERVICES<br>1608 OAK FOREST DR<br>ROUND ROCK, TX 78681 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.404** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | SEDGWICK CLAIMS MANAGEMENT<br>271 W 3RD ST N, STE 600<br>WICHITA, KS 67202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.405** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4403 SHERWOOD WAY, SAN ANGELO TX | SEEHAR AND HUSSAIN REAL ESTATE PARTNERSHIP<br>P.O. BOX 6182<br>HERMITAGE, PA 16148-0922 |
| | State the term remaining | 39 months | |
| | List the contract number of any government contract | | |
| **2.406** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2542 PRINCE WILLIAM PARKWAY , SUITE 120, WOODBRIDGE VA | SEOK & SONS, LLC<br>3551 32ND AVE<br>TEMPLE HILLS, MD 20748 |
| | State the term remaining | 43 months | |
| | List the contract number of any government contract | | |
| **2.407** | State what the contract or lease is for and the nature of the debtor's interest | FACILITY SERVICES | SERVICE CHANNEL<br>18 E 16TH ST<br>NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.408** | State what the contract or lease is for and the nature of the debtor's interest | IT | SERVICE EXPRESS<br>3854 BROADMOOR AVE SE<br>GRAND RAPID, MI 49512 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.409** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2916 NORTH US HIGHWAY 75, SUITE 900-A, SHERMAN TX | SHAFER PLAZA XIV, LTD<br>C/O LIBERTY BANKERS LIFE<br>1606 LBJ FREEWAY, STE 710<br>DALLAS, TX 75234 |
| | State the term remaining<br>List the contract number of any government contract | 48 months | |
| **2.410** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | SHIPMAN & GOODWIN<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.411** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3719 JEWELLA AVENUE, SHREVEPORT LA | SHREVEPORT WESTWOOD INVESTORS, LLC<br>C/O LIGHT DEVELOPMENT LLC<br>9907 E BELL RD, STE 110<br>SCOTTSDALE, AZ 85260 |
| | State the term remaining<br>List the contract number of any government contract | 32 months | |
| **2.412** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | SMYTH WHITLEY , LLC<br>126 SEVEN FARMS DR, STE 150<br>CHARLESTON, SC 29492 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.413** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | SNELL & WILMER<br>ONE ARIZONA CENTER<br>PHOENIX, AZ 85004-2202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name  **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - AMENDED AND RESTATED PRACTICE BUSINESS SERVICES AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - ASSIGNMENT AND EXERCISE OF BUY-SELL OPTION AGREEMENT - DAVID M. VIETH, DDS (ASSIGNOR), WILLIAM JOHNSON, DDS (ASSIGNEE) AND THOMAS E. QUILL II, DDS (SHAREHOLDER) | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - BUY SELL OPTION AGREEMENT - WILLIAM JOHNSON, DDS (SHAREHOLDER) AND DR. VIETH (POTENTIAL PURCHASER) | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - CONTRIBUTION AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - EMPLOYMENT AGREEMENT - WILLIAM JOHNSON, DDS | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - PROMISSORY NOTE | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - PROMISSORY NOTE PAYMENT DIRECTION AND AUTHORIZATION | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | 03.05.2018 - STOCK OPTION EXERCISE AND DEFERRED PAYMENT AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - ASSET PURCHASE AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - BUY-SELL OPTION AGREEMENT - DR. QUILL (SHAREHOLDER) AND DR. VIETH (POTENTIAL PURCHASER) | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - EMPLOYEE SERVICES AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - EMPLOYMNENT AGREEMENT - THOMAS E. QUILL II, DDS | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER 5217 COMMERCE CIR INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name **Benevis, LLC**                                         Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - PBSA | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>5217 COMMERCE CIR<br>INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>5217 COMMERCE CIR<br>INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | 05.27.2016 - TRANSITION SERVICES AGREEMENT | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>5217 COMMERCE CIR<br>INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | **PBSA & RELATED AGREEMENTS** | SOUTH INDY DENTAL, P.C. - DAVID M. VIETH, DDS, OWNER<br>5217 COMMERCE CIR<br>INDIANAPOLIS, IN 46237-9747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - ASSET PURCHASE AGREEMENT | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER<br>3264 SOUTH LOOP W<br>HOUSTON, TX 77025-5201 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - ASSIGNMENT AND ASSUMPTION AGREEMENT - DR. SMITH (ASSIGNOR) AND BENEVIS AFFILIATES, LLC (ASSIGNEE) | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER<br>3264 SOUTH LOOP W<br>HOUSTON, TX 77025-5201 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**

Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - BUY-SELL OPTION AGREEMENT - UMEKEI W. SMITH, DDS (SHAREHOLDER) AND TU M. TRAN, DDS (POTENTIAL PURCHASER) | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - CONSENT TO ASSIGNMENT AND ASSUMPTION OF LEASE | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - EMPLOYMENT AGREEMENT - UMEKEI W. SMITH, DDS | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - EMPLOYMENT SERVICES AGREEMENT | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - PBSA | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - PROFESSIONAL ASSETS TRANSFER AND CUSTODIAN AGREEMENT | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | 03.24.2017 - TRANSITION SERVICES AGREEMENT | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | PBSA & RELATED AGREEMENTS | SOUTH LOOP DENTISTRY, P.C. - UMEKEI W. SMITH, DDS, OWNER 3264 SOUTH LOOP W HOUSTON, TX 77025-5201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 217 SOUTH STREET, HOLYOKE MA | SOUTH STREET PLAZA ASSOCIATES, LLC 619 PALISADE AVE ENGLEWOOD CLIFFS, NJ 07632 |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 544 SOUTHBRIDGE ST. STE #1, WORCESTER, MA | SOUTHBRIDGE STREET, LLC 450 B PARADISE RD, STE 162 SWAMPSCOTT, MA 01907 |
| | State the term remaining | 63 months | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1631 GORDON HIGHWAY #22, AUGUSTA GA | SOUTHGATE AUGUSTA SHOPPING CENTER GROUP, LLC C/O WILMINGTON TRUST ATTN: PINA ITUZE 285 DELAWARE AVE, 3RD FL BUFFALO, NY 14202-1885 |
| | State the term remaining | 54 months | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 15401 DIX TOLEDO RD., SOUTHGATE, MI | SOUTHGATE GALLERIA LIMITED PARTNERSHIP 31000 NORTHWESTERN HWY, STE 200 FARMINGTON HILLS, MI 48334 |
| | State the term remaining | 47 months | |
| | List the contract number of any government contract | | |

Debtor Name   **Benevis, LLC**

Case number (if known): **20-33922**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.444** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1301 EAST HIGHWAY 83, MCALLEN TX** | **SOUTHWEST PINNACLE PROPERTIES, INC**<br>**7700 W HWY 71, STE 300**<br>**AUSTIN, TX 78735** |
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | |
| **2.445** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 4519 WOODDRUFF ROAD, SUITE 10, COLUMBUS GA** | **ST FRANCIS ASSOCIATES LTD**<br>**C/O ZIFF PROPERTIES, INC**<br>**200 WINGO WAY, STE 100**<br>**MT PLEASANT, SC 29464** |
| | State the term remaining | 56 months | |
| | List the contract number of any government contract | | |
| **2.446** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR LOCUM TENENS COVERAGE BY STAFF CARE, INC.** | **STAFF CARE, INC, AN AMN HEALTHCARE CO**<br>**8840 CYPRESS WATERS BLVD, STE 300**<br>**DALLAS, TX 75019** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.447** | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES** | **STEEG LAW FIRM**<br>**201 ST CHARLES AVE, STE 3201**<br>**NEW ORLEANS, LA 70170** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.448** | State what the contract or lease is for and the nature of the debtor's interest | **AMENDMENT TO MASTER SERVICES AGREEMENT** | **STERICYCLE, INC**<br>**4010 COMMERCIAL AVE**<br>**NORTHBROOK, IL 60605** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.449** | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **STERICYCLE, INC**<br>**4010 COMMERCIAL AVE**<br>**NORTHBROOK, IL 60605** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.450** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2349 CHERRY ROAD, ROCK HILL SC** | **STURGEON LANDING, LLC** C/O PROVIDENCE GROUP MANAGEMENT 300 WEST SUMMIT AVE, STE 250 CHARLOTTE, NC 28203 |
| | State the term remaining | 45 months | |
| | List the contract number of any government contract | | |
| **2.451** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 4072 VICTORY BOULEVARD, PORTSMOUTH VA** | **SURYA GROUP, LLC** 1660 SPRING HOUSE TRAIL VIRGINIA BEACH, VA 23445 |
| | State the term remaining | 37 months | |
| | List the contract number of any government contract | | |
| **2.452** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 3111 SOUTH TEXAS AVENUE, BRYAN TX** | **TEJAS CENTER, LTD** 1700 GEORGE BUSH DR E, STE 240 COLLEGE STATION, TX 77840 |
| | State the term remaining | 38 months | |
| | List the contract number of any government contract | | |
| **2.453** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 3063 S. JOHN REDDITT DR., LUFKIN TX** | **TFG LUFKIN, LP** P.O. BOX 224827 DALLAS, TX 75222-4847 |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | | |
| **2.454** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES AGREEMENT - DENTAL DISCOUNT PLAN** | **THE CDI GROUP, INC** 602 E DAILY DR, STE 215 CAMARILLO, CA 93010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.455** | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 201 TOWNE DR, ELIZABETHTOWN KY** | **THE ROUSE COMPANIES, LLC** 2201 REGENCY RD, STE 602 LEXINGTON, KY 40503 |
| | State the term remaining | 56 months | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM FOR LEGAL TRACKER MONTLY SUBSCRIPTION** | **THOMPSON REUTERS**<br>**610 OPPERMAN DR**<br>**P.O. BOX 64833**<br>**EAGAN, MN 55123-1803** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM FOR WESTLAW ACCESS (WEST PROFLEX)** | **THOMPSON REUTERS**<br>**610 OPPERMAN DR**<br>**P.O. BOX 64833**<br>**EAGAN, MN 55123-1803** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 7839 EASTERN AVENUE, SUITE 7842, BALTIMORE MD** | **THOR EASTPOINT MALL LLC**<br>**2701 N CHARLES ST, STE 404**<br>**BALTIMORE, MD 21218** |
| | State the term remaining | 70 months | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 4239 HOLLAND ROAD, SUITE 762-A, VIRGINIA BEACH VA** | **TIMBERLAKE SHOPPING CENTER ASSOCIATES, LLC**<br>**C/O PEMBROKE COMMERCIAL REALTY**<br>**4460 CORPORATION LN, STE 300**<br>**VIRGINIA, VA 23462** |
| | State the term remaining | 15 months | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1100 LOWES BOULEVARD, SUITE 100, KILLEEN TX** | **TMW-ETD DEVELOPMENT LLC**<br>**COMMERICIAL PROPERTY RESOURCES**<br>**13091 POND SPRINGS RD, STE 350B**<br>**AUSTIN, TX 78729** |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 5217 COMMERCE CIRCLE, INDIANAPOLIS IN** | **TNQ, LLC**<br>**4751 MOSS LN**<br>**INDIANAPOLIS, IN 46237** |
| | State the term remaining | 10 months | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                    Case number (if known): **20-33922**

▆▆▆▆   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | **TSS SOW WORK ORDER AI ARTIFICIAL INTELLIGENCE - CARIES DETECTION QMS** | **TRANSLATION SCIENCE SOLUTIONS 1902 E COMMON ST, STE 300 NEW BRAUNFELS, TX 78130** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 365 LOWES DRIVE, DANVILLE VA** | **TRIANGLE IV, LLP 36 MIDVALE RD MOUNTAIN LAKES, NJ 07046** |
| | State the term remaining | 50 months | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT - TRIBRIDGE WILL PROVIDE ON-GOING SUPPORT NEEDS FOR MICROSOFT DYNAMICS** | **TRIBRIDGE 4830 W KENNEDY BLVD, STE 890 TAMPA, FL 33609** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 6910 MESA STREET, SUITE C, EL PASO TX** | **TRIFUR PARTNERS, LP C/O MIMCO 6500 MONTANA EL PASO, TX 79925** |
| | State the term remaining | 32 months | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 5601 BANDERA ROAD, LEON VALLEY TX** | **TRT HEB MARKETPLACE, LP C/O KEYPOINT PARTNERS, LLC 1 BURLINGTON WOODS DR BURLINGTON, MA 01803** |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 1932 E SOUTHEAST LOOP 323, TYLER TX** | **TYLER SOUTHPARK CENTER, LP P.O. BOX 3449 LONGVIEW, TX 75606** |
| | State the term remaining | 17 months | |
| | List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** | Case number (if known): **20-33922** |
|---|---|---|

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING COMPANY FOR MD AND CT MARKETS. | UNITED DENTAL STAFFING, LLC, 1699 WALL ST, STE 506 MOUNT PROSPECT, IL |
| | State the term remaining List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3720 HARDY STREET, SUITE #23, HATTIESBURG MS | UNIVERSITY MALL LLC P.O. BOX 17318 3904 HARDY ST HATTIESBURG, MS 39404 |
| | State the term remaining List the contract number of any government contract | 15 months | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 8000 RESEARCH FOREST DR. , SUITE 350, THE WOODLANDS TX | US REGENCY RETAIL L P.O. BOX 677375 DALLAS, TX 75267-7375 |
| | State the term remaining List the contract number of any government contract | 34 months | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 3824 MECHANICSVILLE PIKE, UNIT 12, RICHMOND VA | USRP I, LLC C/O KALIKOW BROS INC 111 BROOK ST SCARSDALE, NY 10583 |
| | State the term remaining List the contract number of any government contract | 66 months | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1108 HALLE PARK CIRCLE, COLLIERVILLE TN | VAN ZYL ETTIENNE R & SHELLY D 1108 HALLE PARK CIRCLE COLLIERVILLE, TN 38017 |
| | State the term remaining List the contract number of any government contract | 25 months | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 615 ZARAGOSA ROAD, SUITE 88, EL PASO TX | VERDE PASO PARTNERS, LP C/O MIMCO, INC 6500 MONTANA EL PASO, TX 79925 |
| | State the term remaining List the contract number of any government contract | 22 months | |

Debtor Name **Benevis, LLC**                                                     Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT FOR VERIAN SOFTWARE SERVICES | VERIAN TECHNOLOGIES, LLC ATTN: LEGAL DEPT 1245 ROSEMONT DR FORT MILL, SC 29707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | VON DIEZELSKI & TURGEON, LLC 1410 FOREST DR, STE 26 ANNAPOLIS, MD 21403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 9972 EAST WASHINGTON ST., INDIANAPOLIS, IN | WASHINGTON CORNER, LP C/O THE BROADBENT CO 117 EAST WASHINGTON ST, STE 300 INDIANAPOLIS, IN 46204 |
| | State the term remaining | 41 months | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 8252 ROCKVILLE RD., INDIANAPOLIS, IN | WC3 BP ASSOCIATES, LLC C/O BIANCO PROPERTIES 680 CRAIG RD, STE 240 ST LOUIS, MO 63141 |
| | State the term remaining | 39 months | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | WEATHINGTON MCGREW, 191 PEACHTREE ST NE, STE 3900 ATLANTA, GA 30303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 1613 W. COUNTY ROAD, SUITE C, ODESSA TX | WEST COUNTY REALTY, LTD 22837 VENTURA BLVD, STE 201 WOODLAND HILLS, CA 91364 |
| | State the term remaining | 36 months | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                              Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 989 ELLIS AVENUE, JACKSON MS | WESTLAND SHOPPING CENTER, LP<br>109 NORTHPARK BLVD, STE 300<br>COVINGTON, LA 70433 |
| | State the term remaining | 100 months | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | LOBBYIST | WILLIAM & JENSEN<br>701 8TH ST NW, 5TH FL<br>WASHINGTON, DC 20001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 5002 AIRPORT RD. , UNIT 130, ROANOKE VA | WINBROOK MANAGEMENT LLC<br>370 7TH AVE, STE 1600<br>NEW YORK, NY 10001 |
| | State the term remaining | 71 months | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES | WISE CARTER<br>P.O. BOX 651<br>JACKSON, MS 39205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 2383 WEST 24TH STREET, SUITE 120, YUMA, AZ | WMG-CCI NORWALK, LLC<br>C/O WM GRACE DEVELOPMENT CO<br>6925 E INDIAN SCHOOL RD<br>SCOTTSDALE, AZ 85251 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE AT 4754 SOUTH 14TH STREET, ABILENE TX | WOODHAVEN ABILENE, LP<br>3801 OLDHAM LN<br>ABILENE, TX 79604 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |

Debtor Name    **Benevis, LLC**                                          Case number (if known): **20-33922**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES** | **WOODS, ROGERS**<br>**P.O. BOX 14125**<br>**ROANOKE, VA 24038-4125** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLY AND SERVICE AGREEMENT (TAYLOR COMMUNICATION)** | **WORKFLOW SOLUTIONS , LLC, A WORKFLOWONE CO**<br>**1000 N W ST, STE 1200**<br>**WILMINGTON, DE 19801** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 2706 RYAN STREET, LAKE CHARLES LA** | **WRI/TEXLA, LLC**<br>**500 N AKARD ST, STE 3240**<br>**DALLAS, TX 75201** |
| | State the term remaining<br>List the contract number of any government contract | 70 months | |
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | **REAL PROPERTY LEASE AT 4030 LAWRENCEVILLE HIGHWAY, UNIT 13, LILBURN GA** | **WRSSD LILBURN, LLC**<br>**C/O NEWLINK MANAGEMENT GROUP**<br>**P.O. BOX 17710**<br>**RICHMOND, VA 23226** |
| | State the term remaining<br>List the contract number of any government contract | 22 months | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR NATIONAL YELLOW PAGES SERVICE** | **YPM, INCORPORATED**<br>**18400 VON KARMAN AVE, STE 200**<br>**IRVINE, CA 92612** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Benevis, LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

| Case number (if known): | **20-33922** |
|---|---|

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1   **BENEVIS AFFILIATES, LLC** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | BMO Harris Bank, NA | ☒ D ☐ E/F ☐ G |
| 2.2   **BENEVIS AFFILIATES, LLC** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | New Mountain Capital Group, LLC | ☒ D ☐ E/F ☐ G |
| 2.3   **BENEVIS CORP.** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | BMO Harris Bank, NA | ☒ D ☐ E/F ☐ G |
| 2.4   **BENEVIS HOLDING CORP.** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | BMO Harris Bank, NA | ☒ D ☐ E/F ☐ G |
| 2.5   **BENEVIS HOLDING CORP.** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | New Mountain Capital Group, LLC | ☒ D ☐ E/F ☐ G |

Debtor Name  **Benevis, LLC**                                                    Case number (if known): **20-33922**

| ████ | **Additional Page(s) if Debtor has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                          **Column 2: Creditor**

| Name | Mailing Address | Name | *Check all schedules that apply* |
|---|---|---|---|
| 2.6  **BENEVIS INFORMATICS, LLC** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | BMO Harris Bank, NA | ☑ D  ☐ E/F  ☐ G |
| 2.7  **BENEVIS INFORMATICS, LLC** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | New Mountain Capital Group, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.8  **LT SMILE CORPORATION** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | BMO Harris Bank, NA | ☑ D  ☐ E/F  ☐ G |
| 2.9  **LT SMILE CORPORATION** | 1090 NORTHCASE PKWY SE, STE 150 MARIETTA, GA 30067 | New Mountain Capital Group, LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor Name | Benevis, LLC |
|---|---|
| **United States Bankruptcy Court for the Southern District of Texas** | |
| Case Number: | 20-33922 |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Benevis, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 159 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 9/15/2020
MM / DD / YYYY

Signature   /s/ Scott Mell

Scott Mell
Printed Name

Chief Restructuring Officer
Title