**Master Service List as of December 21, 2020**

| Description | Name | Address | Phone | Fax | Email |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M. Lopez<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | 214-544-4000 | 214-544-4040 | plopez@abernathy-law.com<br>lboyd@abernathy-law.com<br>ehahn@abernathy-law.com<br>bankruptcy@abernathy-law.com |
| Notice of Appearance and Request for Notices Counsel for Westland Shopping Centert, L.P. | Adams and Reese LLP | Attn: Scott R. Cheatham<br>701 Poydras St, Ste 4500<br>New Orleans, LA 70139 | 504-581-3234 | 504-566-0210 | scott.cheatham@arlaw.com |
| Notice of Appearance and Request for Notices Counsel for Aldine Independent School District | Aldine Independent School District | Attn: Pamela Walters<br>2520 WW Thorne Dr<br>Houston, TX 77073 | 281-985-6319 | 281-985-6321 | bnkatty@aldineisd.org |
| Notice of Appearance and Request for Notices Counsel to Acadia Realty Limited Partnership and Gemini Rosemont Commercial Real Estate | Ballard Spahr LLP | Attn: Dustin Branch<br>Attn: Jessica Simon<br>2029 Century Park E, Ste 800<br>Los Angeles, CA 90067-2909 | 424-204-4400 | 424-204-4350 | branchd@ballardspahr.com<br>simonjm@ballardspahr.com |
| Lienholders | Bmo Harris Bank, NA | 111 W Monroe St<br>Chicago, IL 60603 | | | |
| Notice of Appearance and Request for Notices Counsel to H-E-B, LP, HEBCO Development, Inc. and H.E. Butt Store Property Company No. One | Branscomb PLLC | Attn: Patrick H. Autry<br>8023 Vantage Dr, Ste 560<br>San Antonio, TX 78230 | 210-598-5400 | 210-598-5405 | pautry@branscomblaw.com |
| Notice of Appearance and Request for Notices Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson<br>55 2nd St, 17th Fl<br>San Francisco, CA 94105-3493 | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Notice of Appearance and Request for Notices Counsel for RR Northchase, LLC | Chamberlain Hrdlicka | Attn: Jarrod B. Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002 | 713-356-1280 | 713-658-2553 | jarrod.martin@chamberlainlaw.com |
| Notice of Appearance and Request for Notices joins Jarrod B. Martin as counsel for RR Northchase, LLC | Chamberlain Hrdlicka | Attn: Tyler W. Greenwood<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002 | 713-658-2515 | 713-658-2553 | tyler.greenwood@chamberlainlaw.com |
| Notice of Appearance and Request for Notices Counsel to Laura Koch, D.M.D. | Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. | Attn: Jarrod B. Martin<br>1200 Smith St, Ste 1400<br>Houston, TX 77002 | 713-356-1280 | 713-658-2553 | jarrod.martin@chamberlainlaw.com |
| Notice of Appearance and Request for Notices Counsel to Fav Real Estate Ventures, LP | Cokinos Young | Attn: Craig E. Power<br>Attn: Misty A. Segura<br>4 Houston Ctr<br>1221 Lamar St, 16th Fl<br>Houston, TX 77010 | 713-535-5500 | 713-535-5533 | cpower@cokinoslaw.com<br>msegura@cokinoslaw.com |
| Lienholders | Counsel to BMO Harris Bank, N.A. - Katten Muchin Rosenman LLP | Attn: Geoff AuYeung, Esq.<br>525 West Monroe Street<br>Suite 1900<br>Chicago, IL 60661 | 312-902-5340 | 312-902-1061 | geoff.auyeung@kattenlaw.com |
| Notice of Appearance and Request for Notices Counsel to New Mountain Finance Corporation | Counsel to New Mountain – Proskauer | Attn: David Hillman<br>Attn: Lucy Kweskin<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, NY 10036-8299 | | | dhillman@proskauer.com<br>lkweskin@proskauer.com |
| Notice of Appointment of Official Committee of Unsecured Creditors | FortyFour LLC | Attn: Betsy Skelton<br>44 Russel St NE<br>Atlanta, GA 30317 | 404-579-3709 | | betsy.skelton@fortyfour.com |
| Notice of Appearance and Request for Notices Counsel for BDC Properties, Inc. and Bobby Cox Companies, Inc. | Haley & Olson, PC | Attn: Shad Robinson<br>100 N Ritchie Rd, Ste 200<br>Waco, TX 76712 | 254-776-3336 | 254-776-6823 | srobinson@haleyolson.com |
| Notice of Appointment of Official Committee of Unsecured Creditors | Henry Schein, Inc. | Attn: Tom Walsh<br>135 Duryea Rd<br>Melville, NY 11747 | 631-327-6384 | | Tom.Walsh@henryschein.com |
| Notice of Appearance and Request for Notices Counsel for Metro Center Shopping Plaza, LLC | Hoover Slovacek LLP | Attn: Melissa Haselden<br>Attn: Angeline Kell<br>Attn: Steven A. Leyh<br>Galleria Office Tower 2<br>5051 Westheimer Rd, Ste 1200<br>Houston, TX 77056 | 713-977-8686 | 713-977-5395 | haselden@hooverslovacek.com<br>kell@hooverslovacek.com<br>leyh@hooverslovacek.com |
| Notice of Appearance and Request for Notices Counsel to New Mountain Finance Corporation | Jones Walker LLP | Attn: Joseph E. Bain<br>Attn: Gabrielle A. Ramirez<br>811 Main St, Ste 2900<br>Houston, TX 77002 | 713-437-1800 | | jbain@joneswalker.com |
| Lienholders<br>Counsel to New Mountain and BMO | Katten Muchin Rosenman LLP | 2029 Century Park E<br>Los Angeles, CA 90067 | | | geoff.king@katten.com |
| Notice of Appearance and Request for Notices Counsel for FR Chelsea Commons II, LLC | Kessler & Collins | Attn: Howard Rubin<br>2100 Ross Ave, Ste 750<br>Dallas, TX 75201 | 214-379-0722 | 214-373-4714 | hrubin@kesslercollins.com |
| Notice of Appearance and Request for Notices Counsel to Glazer Properties | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147 | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Notice of Appearance and Request for Notices Counsel to James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories | Law Offices of T.H. Kelley, P.C. | Attn: Teri H. Kelley<br>6750 W Loop S, Ste 920<br>Bellaire, TX 77401 | 832-485-3515 | 832-485-3517 | tk@thkelleylaw.com |
| Notice of Appearance and Request for Notices Counsel to Sand Capital VI A, LLC | Lewis Roca Rothgerber Christie LLP | Attn: Robert M. Charles<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1611 | 520-629-4427 | | RCharles@lrrc.com |
| Notice of Appearance and Request for Notices Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | 713-844-3400 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Notice of Appearance and Request for Notices Counsel to Cypress-Fairbanks ISD, Harris County, and Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | 210-225-6763 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Notice of Appearance and Request for Notices Counsel to Ellis County, Tarrant County, Dallas County, and Gregg County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N Stemmons Freeway<br>Ste 1000<br>Dallas, TX 75207 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |

**Master Service List as of December 21, 2020**

| Description | Name | Address | Phone | Fax | Email |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Cameron County, City of McAllen, McLennan County, and Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com |
| Notice of Appearance and Request for Notices Counsel to the Official Committee of Unsecured Creditors | Locke Lord LLP | Attn: W. Steven Bryant<br>600 Congress Ave, Ste 2200<br>Austin, TX 78701 | 512-305-4726 | 512-305-4800 | sbryant@lockelord.com |
| Notice of Appearance and Request for Notices Counsel to the Official Committee of Unsecured Creditors | Locke Lord LLP | Attn: Philip G. Eisenberg<br>600 Travis St, Ste 2800<br>Houston, TX 77002 | 713-226-1200 | 713-223-3717 | peisenberg@lockelord.com |
| Notice of Appearance and Request for Notices Counsel to the Official Committee of Unsecured Creditors | Locke Lord LLP | Attn: Aaron C. Smith<br>111 S Wacker Dr<br>Chicago, IL 60606-4410 | 312-443-0700 | 312-443-0336 | asmith@lockelord.com |
| Notice of Appearance and Request for Notices Counsel to Claimants, Tax Appraisal District of Bell County, The County of Brazos, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, City of Waco and/or Waco Independent School District, Midland Central Appraisal District and Central Appraisal District of Taylor County | Medicor Imaging | 1927 South Tryon Street<br>Charlotte, NC 28203 | 704-332-5532 | | |
| Notice of Appearance and Request for Notices Counsel to Henry Schein, Inc. | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530 | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com |
| Notice of Appearance and Request for Notices Counsel to TRT HEB Marketplace, LP | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry<br>500 N Akard St, Ste 3800<br>Dallas, TX 75201-6659 | 214-855-7500 | 214-978-5335 | dperry@munsch.com |
| Core - Attorney General | Office of The Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | 614-466-4986 | | |
| Core - Attorney General | Office of The Attorney General | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | 404-656-3300 | | |
| Core - Attorney General | Office of The Attorney General | 40 Capitol Sq SW<br>Atlanta, GA 30334 | 850-414-3300 | 404-657-8733 | |
| Core - Attorney General | Office of The Attorney General | State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | | 850-488-5106 | |
| Core - Attorney General | Office of The Attorney General | 441 4th Street, NW<br>Washington, DC 20001 | | | |
| Core - Attorney General | Office Of The Attorney General | 2005 N Central Ave<br>Phoenix, AZ 85004 | 602-542-5025 | 602-542-4085 | AGInfo@azag.gov |
| Core - Attorney General | Office Of The Attorney General | 55 Elm St<br>Hartford, CT 06106 | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov |
| Core - Attorney General | Office Of The Attorney General | 202 N 9th St<br>Richmond, VA 23219 | 410-576-6300 | | Contact@Virginia.gov |
| Core - Attorney General | Office Of The Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | 804-786-2071 | | oag@oag.state.md.us |
| U.S. Trustee | Office of the United States Trustee | Attn: Hector Duran, Jr<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | 713-718-4650 | 713-718-4670 | hector.duran.jr@usdoj.gov |
| U.S. Trustee | Office of the United States Trustee | Attn: Stephen Statham<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | 713-718-4650 | 713-718-4670 | stephen.statham@usdoj.gov |
| Notice of Appearance and Request for Notices - Counsel to Saul Subsidiary I Limited Partnership | Offit Kurman, P.A. | Attn: Stephen A. Metz<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | 240-507-1723 | 240-507-1735 | smetz@offitkurman.com |
| Notice of Appearance and Request for Notices Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones, Pro Se<br>320 Robert S. Kerr, Rm 307<br>Oklahoma City, OK 73102 | 405-713-1324 | | Tammy.jones@oklahomacounty.org |
| Notice of Appearance and Request for Notices Counsel to Laura Koch, D.M.D. | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates<br>303 Peachtree St NW, Ste 3600<br>Atlanta, GA 30308 | 404-420-4333 | | bbates@phrd.com |
| Notice of Appointment of Official Committee of Unsecured Creditors | Paul Elkin | Attn: Paul Elkin<br>22 Lyndon Place<br>Melville, NY 11747 | 516-680-7246 | | theelkin4@gmail.com |
| Notice of Appearance and Request for Notices Counsel to Maverick County and Maverick County Hospital District<br>Counsel to Humble Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Notice of Appearance and Request for Notices Counsel to Humble Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Owen M. Sonik<br>Attn: Melissa E. Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Notice of Appearance and Request for Notices Counsel for Lubbock Central Appraisal District and Midland County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Notice of Appearance and Request for Notices Counsel for Wichita County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Mollie Lerew<br>P.O. Box 8188<br>Wichita Falls, TX 76307 | 940-723-4324 | 940-723-8553 | mlerew@pbfcm.com |
| Notice of Appearance and Request for Notices Counsel for Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb<br>500 E Border St, Ste 640<br>Arlington, TX 76010 | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |

**Master Service List as of December 21, 2020**

| Description | Name | Address | Phone | Fax | Email |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Joseph Gastelum and Veronica Gastelum | Porter Hedges LLP | Attn: Joshua W. Wolfshohl<br>Attn: Aaron J. Power<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | 713-226-6000 | 713-226-6248 | jwolfshohl@porterhedges.com<br>apower@porterhedges.com |
| Notice of Appearance and Request for Notices Counsel to Potter County Tax Office | Potter County Tax Office | c/o Perdue, Brandon, Fielder, Collins and Mott, LLP<br>Attn: D'Layne Carter<br>P.O. Box 9132<br>Amarillo, TX 79105 | 806-359-3188 | 806-359-5126 | amabkr@pbfcm.com<br>dpcarter@pbfcm.com |
| Notice of Appearance and Request for Notices Counsel to New Mountain Finance Corporation | Proskauer Rose LLP | Attn: David Hillman<br>Attn: Lucy Kweskin<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, New York 10036-8299 | 212-969-3000<br>312-962-3550<br>212-969-3470 | | dhillman@proskauer.com;<br>lkweskin@proskauer.com |
| Notice of Appearance and Request for Notices Counsel to MCRE Management Partners, LLC | Ritter Spencer LLC | Attn: David D. Ritter<br>15455 Dallas Pkwy, Ste 600<br>Addison, TX 75001 | 214-295-5078 | 214-329-4362 | dritter@ritterspencer.com |
| Notice of Appearance and Request for Notices Counsel to Riverside Realty Company LLLP and TRP-MCB Eastpoint, LLC | Sagal, Filbert, Quasney & Betten, P.A. | Attn: Kimberly Manuelides<br>Attn: Alan Betten<br>600 Washington Ave, Ste 300<br>Towson, MD 21204 | 410-823-1881 | 410-823-1881 | kmanuelides@sagallaw.com<br>abetten@sagallaw.com |
| Notice of Appearance and Request for Notices Counsel to Tyler Southpark Center, LP | Searcy & Searcy, P.C. | Attn: Joshua P. Searcy<br>P. O. Box 3929<br>Longview, TX 75606 | 903-757-3399 | 903-757-9559 | josh@searcyfirm.com |
| Notice of Appearance and Request for Notices Counsel to Estes Center, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Rd, Ste 140<br>Addison, TX 75001 | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| Notice of Appearance and Request for Notices Counsel to KC Dental Investors, LLC | Spencer Fane LLP | Attn: Jacob Sparks<br>5700 Granite Parkway, Ste 650<br>Plano, TX 75024 | 214-750-3624 | 214-750-3612 | JSparks@SpencerFane.com |
| Notice of Appearance and Request for Notices Counsel for CenturyLink Communications, LLC and Level 3 Communications, LLC | Stinson LLP | Attn: Kelley C. Cox<br>3102 Oak Lawn Avenue, Suite 777<br>Dallas, TX 75219-4259 | 214-560-2201 | 214-560-2203 | kelley.cox@stinson.com |
| Notice of Appearance and Request for Notices Counsel for Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S MoPac Expy, Ste 320<br>Austin, TX 78746 | | 512-236-9904 | streusand@slollp.com |
| Core Party | Sun Life | Attn: Usman Bajwa, Managing Director<br>Sun Life Capital Management<br>One York St, Ste 3200<br>Toronto, ON M5J 0B6<br>Canada | | | usman.bajwa@SLCManagement.com |
| Notice of Appearance and Request for Notices Counsel for Trifur Partners, L.P., EP Simana, L.P., and Verde Paso Partners, L.P. | The Ehrlich Law Firm | Attn: William Ehrlich<br>444 Executive Center Blvd, Ste 240<br>El Paso, TX 79902 | 915-544-1500 | | william@ehrlichlawfirm.com |
| Core - Internal Revenue Service | The Internal Revenue Service | Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | |
| Core - Internal Revenue Service | The Internal Revenue Service | 2970 Market St<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19101-7346 | | | |
| Core - United States Attorney's Office for the Southern District of Texas | The United States Attorney's Office for the Southern District of Texas | Southern District of Texas<br>Attn: Ryan K Patrick<br>Attn: Richard A Kincheloe<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | 713-567-9000 | 713-718-3033 | usatxs.atty@usdoj.gov |
| Core - United States Department of Health and Human Services | The United States Department Of Health And Human Services | 200 Independence Ave Sw<br>Washington, Dc, 20201 | | | |
| Notice of Appearance and Request for Notices Counsel to The Malon D. Mimms Company | Thompson, O'Brien, Kemp & Nasuti, P.C. | Attn: Albert F. Nasuti<br>40 Technology Pkwy S, Ste 300<br>Peachtree Corners, GA 30092 | 770-925-0111 | 770-925-8597 | |
| Lienholders | Tiaa Commercial Finance, Inc | 10 Waterview Blvd<br>Parsippany, NJ 07054 | | | |
| Notice of Appearance and Request for Notices Counsel to Gellerosa Midwest, LLC | Turner Law APC | Attn: John M. Turner<br>550 W C St, Ste 1160<br>San Diego, CA 92101 | 619-237-1212 | 619-237-0325 | jmt@tmsdlaw.com |
| Notice of Appearance and Request for Notices Counsel to JLG PA, LLC and Dr. James Gallagher | Waldron & Schneider, LLP | Attn: Kimberly A. Bartley<br>15150 Middlebrook Dr<br>Houston, TX 77058 | 281-488-4438 | 281-488-4597 | kbartley@ws-law.com |
| Notice of Appearance and Request for Notices Counsel to Ettienne R. Van Zyl and Shelly D. Van Zyl | Wells & Cuellar, P.C. | Attn: James E. Cuellar<br>440 Louisiana, Ste 718<br>Houston, TX 77002 | 713-222-1281 | 713-237-0570 | jcuellar@wellscuellar.com |
| Notice of Appearance and Request for Notices Counsel for Ziff Properties, Inc. | Wolfe Law, LLC | Attn: Eliyahu E. Wolfe<br>1201 W Peachtree St NE, Ste 2300<br>Atlanta, GA 30309 | 404-963-0013 | 404-963-0023 | ewolfe@wolfe.law |