IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BENEVIS CORP., *et al.*,[1] | Case No. 20-33918 (MI) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING MOTION TO WITHDRAW PROOFS OF CLAIM NUMBERS 87 AND 89 THROUGH 95 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006**
(Relates to Docket No. ___)

The Court has considered the *Motion to Withdraw Proofs of Claim Numbers 87 and 89 Through 95 With Prejudice Pursuant to Federal Rule of Bankruptcy Procedure 3006* (the "Motion"); and this Court, having considered the Motion, any objections or opposition to the Motion, the arguments of the Personal Injury Claimants[2] in support of the Motion, and the agreement of the Liquidation Trust to the relief requested in the Motion; the Personal Injury Claimants' having complied in all respects with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules; and after due and proper notice to all parties-in-interest is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. Proof of Claim Nos. 87, 89, 90, 91, 92, 93, 94, and 95 filed by the Personal Injury Claimants in these Bankruptcy Cases are hereby deemed withdrawn in all respects and with prejudice to re-filing in these Bankruptcy Cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Benevis Corp. (0242); LT Smile Corporation (2818); Benevis Holding Corp. (0222); Benevis Affiliates, LLC (7420); Benevis, LLC (5524); Benevis Informatics, LLC (7833). The address of the Debtors' headquarters is 1090 Northchase Parkway S.E., Suite 150, Marietta, GA 30067.

[2] All capitalized terms have the meanings assigned to them in the Motion.

2.     Proof of Claim Nos. 87, 89, 90, 91, 92, 93, 94, and 95 are hereby expunged from the claims registers maintained in these Bankruptcy Cases. Omni Agent Solutions, the claims and noticing agent in these Bankruptcy Cases, is hereby directed to expunge these Proofs of Claim from the claims registries it maintains in these Bankruptcy Cases and to make all other necessary changes to evidence the relief set forth in this Order.

Dated: _____

                                  MARVIN ISGUR
                                  UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

By: __/s/ John P. Fishwick, Jr._____
John P. Fishwick, Jr. (VSB No. 23285) (admitted *pro hac vice*)
John.Fishwick@fishwickandassociates.com
Fishwick & Associates PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
(540) 345-5890 (telephone)
(540) 345-5789 (facsimile)
 *Counsel for SIDNEY VIA; E.L., a minor, by and through her father, ERIC LIVESAY; JASON ELLIOTT; K.B., a minor, by and through her mother, MESHA BROWN; M.H., a minor, by and through her mother, BRITTANY RICHARDS; SHERMICIA BECKS; A.J., a minor, by and through her mother, SHAMIA JOHNSON; and D.S., a minor, by and through her mother, SHAMIA JOHNSON*

-and-

By:____/s/ W. Steven Bryant_____
W. Steven Bryant
Texas Bar. No. 24027413
Federal I.D. No.  32913
LOCKE LORD LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Fax: (512) 305-4800
sbryant@lockelord.com
*Counsel for Steven D. Sass LLC, Liquidation Trustee for The Benevis Liquidation Trust*